# EXHIBIT E TO
# NOTICE OF REMOVAL

# MARY ANN MORENO v.
# CIRCLE K STORES, INC.
# (State Court Case No. 2022CV30949)

| | |
|---|---|
| **District Court, Jefferson County, Colorado**<br>100 Jefferson County Parkway<br>Golden, Colorado 80401-6002<br><br>Plaintiff:<br>**MARY ANN MORENO**,<br><br>v.<br><br>Defendant:<br>**CIRCLE K STORES INC**. | DATE FILED: August 12, 2022 3:50 PM<br>CASE NUMBER: 2022CV30949<br><br>▲ COURT USE ONLY ▲<br><br>Case Number: **22CV30949**<br>Division: **7**<br>Courtroom: **430** |
| **CIVIL PROCEDURE ORDER** | |

**THIS MATTER** was assigned to this Division. The Court issues the following Order regarding case procedure. **The Court will follow the deadlines set forth in C.R.C.P. 16 and 16.1.** Please note the significant amendments made to C.R.C.P. 16, 26 and other rules effective September 1, 2018.

1. **Deadline Changes**: All civil courtrooms are on a delay reduction docket. Deadlines will not be extended merely based on a stipulation between parties. If a motion is filed, the parties should proceed as if the extension request will be denied.

2. **Service of Process**: Returns of Service on all defendants will be filed **within 63 days** after the date of the filing of the complaint. *See* C.R.C.P. 4(m).

3. **Default:** Application for default will be filed **within 21 days** after default has occurred.

4. **Affirmative Defenses**: Please note the 2015 Comment to Rule 12: "The practice of pleading every affirmative defense listed in Rule 8(c), irrespective of a factual basis for the defense, is improper under C.R.C.P. 11(a)."

5. **Case Management Under C.R.C.P 16.1**: The Court does not require a case management order, but the parties must schedule an abbreviated case management conference. *See* C.R.C.P. 16.1 (j).

6. **Initial Case Management Conference Under C.R.C.P. 16(only)**: The Responsible Attorney must file and serve a Notice to Set the initial case management conference **within 7 days** after the At Issue Date. *See* C.R.C.P. 16(b).

    a) This case management conference must be **held within 49 days** after the case is at issue.

    b) When setting the conference, the parties are encouraged to agree also on a trial setting as part of preparing the proposed Case Management Order (JDF 622). If not agreed, the parties must be prepared to set the trial date at the Initial Case Management Conference. Unless **extraordinary** circumstances exist, trials will be held **within 1 year** of the case **filing** date.

    c) If monetary relief is sought by any party, the proportionality analysis required in paragraph 6 of the proposed Case Management Order must include estimated **dollar amounts** for **all damages** categories, including economic, non-economic, attorney fees and costs.

    d) A joint request to dispense with the case management conference must provide **complete and detailed information** required by C.R.C.P. 16(d)(3), including an analysis of the proportionality of the proposed discovery in light of the damage categories and damage computations disclosed under C.R.C.P 26(a)(1)(C) and a trial setting.

7. **Form of Pleadings**: Each motion must be filed in separate pleading. All proposed orders, such as the proposed Case Management Order, will be filed electronically **in editable format**. All parties must follow the Mandatory Document Filing Standards contained in Chief Judge Order 2022-3, including using a document title that is appropriately descriptive of that pleading or exhibit. https://bit.ly/3wsN236. For example, simply using "Exhibit A" is not an appropriate title; rather, "Exhibit A to MSJ Car Photo" complies.

8. **Mediation**: Pursuant to C.R.S. §13-22-311, all parties are ordered to participate in mediation. If C.R.C.P. 16 applies, the parties will also include the following mediation sentences in paragraph 7 or 17 of the proposed Case Management Order:

    **Within 35 days** after filing of the proposed Case Management Order, the parties will schedule mediation with a mediator of their choice and file a Notice of Mediation Setting that provides the name of the mediator and the date of the scheduled mediation. **Within 14 days** after mediation, a Notice of Mediation Completion will be filed that contains a status report regarding mediation. The Court will consider extending these time periods and/or waiving the mediation requirement upon timely filing of a motion showing good cause.

9. **Settlement**: If the parties settle the case after trial has been set, the Court will not vacate the trial until the parties have filed a stipulation to dismiss the case with prejudice.

10. **Contact Information**: Parties should contact the Court's Division Clerk for scheduling matters by phone, 720-772-2631 or via email at delia.moreno@judicial.state.co.us. The Division's setting dates and hours are Wednesdays and Thursdays from 10:00 a.m.12:00 p.m.

11. **Related Cases**: Any attorney entering an appearance in this case who is aware of a past or present related case is ordered to complete and file an Information Regarding Related Case(s). http://tinyurl.com/q56s394

12. **Service of Order**: Plaintiff will send a copy of this Order to all other parties who enter an appearance, and will file a Certificate of Service of Civil Procedural Order **within 7 days** after the At Issue Date.

    **SO ORDERED** in Golden, Colorado on August 12, 2022.

**BY THE COURT:**

Laura A. Tighe
District Court Judge
