# EXHIBIT F TO
# NOTICE OF REMOVAL

# MARY ANN MORENO v.
# CIRCLE K STORES, INC.
# (State Court Case No. 2022CV30949)

DATE FILED: September 2, 2022 9:26 AM
FILING ID: B9CBC3AC9D561
CASE NUMBER: 2022CV30949

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>Address:<br>100 Jefferson County Parkway<br>Golden, CO  80401 | |
| MARY ANN MORENO,<br><br>      Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC.,<br><br>      Defendant. | ▲ COURT USE ONLY ▲ |
| *Attorney for Defendant*:<br><br>Name:  Thomas W. Carroll, #41438<br>         LITTLER MENDELSON, P.C.<br>Address: 1900 Sixteenth Street, Suite 800<br>         Denver, CO  80202<br>Phone:        303.629.6200<br>Fax Number:   303.629.0200<br>Email Address:   tcarroll@littler.com | Case Number: 2022CV30949<br><br>Division: 7<br><br>Courtroom: 430 |
| **ENTRY OF APPEARANCE – THOMAS W. CARROLL** | |

     Please take notice that Thomas W. Carroll, of the law firm Littler Mendelson, P.C., enters his appearance on behalf of Defendant Circle K Stores, Inc. Mr. Carroll certifies that he is a member in good standing of the bar of this Court.

     Respectfully submitted this 2nd day of September, 2022.

                              *s/ Thomas W. Carroll*
                              Thomas W. Carroll
                              LITTLER MENDELSON, P.C.

                              *Attorney for Defendant Circle K Stores, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE – THOMAS W. CARROLL** using the Colorado courts E-Filing system which will send notification of such filing to the following counsel of record:

Nicholas A. Lutz
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
Telephone: (303) 578-4400
Fax: (303) 578-4401
nl@rmlawyers.com
ih@rmlawyers.com

*Attorneys for Plaintiff*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary