# EXHIBIT G TO
# NOTICE OF REMOVAL

# MARY ANN MORENO v.
# CIRCLE K STORES, INC.
# (State Court Case No. 2022CV30949)

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>Address:<br>100 Jefferson County Parkway<br>Golden, CO 80401 | DATE FILED: September 2, 2022 9:29 AM<br>FILING ID: FD767F55ED151<br>CASE NUMBER: 2022CV30949 |
| MARY ANN MORENO,<br><br>    Plaintiff,<br><br>  v.<br><br>CIRCLE K STORES, INC.,<br><br>    Defendant. | ▲ COURT USE ONLY ▲ |
| *Attorney for Defendant*:<br><br>Name:       Thomas W. Carroll, #41438<br>                  LITTLER MENDELSON, P.C.<br>Address:    1900 Sixteenth Street, Suite 800<br>                  Denver, CO 80202<br>Phone Number:    303.629.6200<br>Fax Number:       303.629.0200<br>Email Address:    tcarroll@littler.com | Case Number: 2022CV30949<br><br>Division: 7<br><br>Courtroom: 430 |
| **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND** | |

Defendant Circle K Stores, Inc. ("Circle K") requests an enlargement of time, up to and including September 23, 2022, to answer or otherwise respond to Plaintiff's Complaint and Jury Demand ("Complaint"). In support of this motion, Circle K states as follows.

## CERTIFICATION

1.      According to Colorado Rule of Civil Procedure 121 § 1-15(8), undersigned counsel certifies that Circle K conferred with counsel for Plaintiff regarding this motion and the motion is unopposed.

## DISCUSSION

2.      On August 12, 2022, Plaintiff filed the Complaint and provided the Complaint to Circle K, which has agreed to waive service of the summons and Complaint.

3.      21 days from August 12, 2022 is Friday September 2, 2022.

4.      Colorado Rule of Civil Procedure 6(b) permits this Court to extend the time allowed for Circle K to respond to the Complaint upon good cause. Good cause exists here. Undersigned counsel was just recently retained by Circle K in this matter. This extension is requested to allow counsel time to review and investigate the allegations contained in the Complaint in order to prepare an appropriate response.

5.      This is the first request for an extension of time sought by Circle K. No party will be prejudiced if the relief herein is granted.

6.      As required by Rule 121 § 1-11, undersigned counsel certifies that a copy of this motion has been served on Circle K contemporaneously with filing it.

WHEREFORE, Defendant Circle K requests an extension of time, up through and including September 23, 2022, in which to answer or otherwise respond to the Complaint.

Respectfully submitted this 2nd day of September, 2022.

*s/ Thomas W. Carroll*
Thomas W. Carroll
LITTLER MENDELSON, P.C.

*Attorney for Defendant Circle K Stores, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2022, I electronically filed the foregoing **UNOPPOSED** MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND using the Colorado courts E-Filing system which will send notification of such filing to the following counsel of record:

Nicholas A. Lutz
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
Telephone: (303) 578-4400
Fax: (303) 578-4401
nl@rmlawyers.com
ih@rmlawyers.com

*Attorneys for Plaintiff*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary

4877-0417-6945.2