# EXHIBIT I TO
# NOTICE OF REMOVAL

# MARY ANN MORENO v.
# CIRCLE K STORES, INC.
# (State Court Case No. 2022CV30949)

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>Address:<br>100 Jefferson County Parkway<br>Golden, CO  80401 | DATE FILED: September 6, 2022 3:12 PM<br>CASE NUMBER: 2022CV30949 |
| MARY ANN MORENO,<br><br>       Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC.,<br><br>       Defendant. | ▲ COURT USE ONLY ▲<br><br>Case Number:  2022CV30949<br><br>Division: 7<br><br>Courtroom: 430 |
| **ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND** | |

The Court, having reviewed Defendant Circle K Stores, Inc.'s Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond, and being fully advised on the premises, hereby GRANTS the motion.

Defendant shall have up to and including September 23, 2022 to answer or otherwise respond to Plaintiff Mary Ann Moreno's Complaint and Jury Demand.

SO ORDERED in Golden, Colorado on __September 6__, 2022.

**BY THE COURT:**

Laura A. Tighe
District Court Judge