# EXHIBIT K TO
# NOTICE OF REMOVAL

# MARY ANN MORENO v.
# CIRCLE K STORES, INC.
# (State Court Case No. 2022CV30949)

 

**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | CIRCLE K STORES INC. | | |
| **Status** | Good Standing | **Formation date** | 09/30/1966 |
| **ID number** | 19871038658 | **Form** | Foreign Corporation |
| **Periodic report month** | March | **Jurisdiction** | Texas |
| **Principal office street address** | 1130 W Warner Rd, Building B, Tempe, AZ 85284, United States | | |
| **Principal office mailing address** | 4204, Industriel Blvd, Laval, QC H7L 0E3, Canada | | |

| Registered Agent | |
|---|---|
| **Name** | Corporation Service Company |
| **Street address** | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| **Mailing address** | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility