# Register of Actions

| | | | |
|---|---|---|---|
| ☐ Filed by Plaintiff/Petitioner | **Case Number:** 2022CV030949 | | **Division:** 7 |
| ☐ Filed by Defendant/Respondent | **Case Type:** Other | | **Judicial Officer:** Laura A Tighe |
| ☐ Filed by Court | **Case Caption:** Moreno, Mary Ann v. Circle K Stores Inc | | **Court Location:** Jefferson County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 09/06/2022 3:12 PM | Laura A Tighe | Jefferson County | N/A | Order *(Related Document)* | Order: Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond | Public |
| FD767F55ED151 | 09/02/2022 9:29 AM | Thomas W Carroll Esq. | Littler Mendelson PC | Circle K Stores Inc | Motion | Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond | Public |
| | | | | | Proposed Order *(Related Document)* | re Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond | Public |
| B9CBC3AC9D561 | 09/02/2022 9:26 AM | Thomas W Carroll Esq. | Littler Mendelson PC | Circle K Stores Inc | Entry of Appearance | Entry of Appearance of Thomas W. Carroll | Public |
| N/A (Details) | 08/12/2022 3:50 PM | Laura A Tighe | Jefferson County | N/A | Order | Civil Procedure Order | Public |
| 45F598C53C15F | 08/12/2022 3:10 PM | Nicholas Alexander Lutz | Rathod Mohamedbhai LLC | Mary Ann Moreno | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | Summons | Summons | Public |
| | | | | | Certificate of Compliance w/Rule 16 | Certificate of Compliance w/Rule 16 | Public |

# Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Circle K Stores Inc | Defendant | Active | THOMAS W CARROLL (Littler Mendelson PC) |
| Mary Ann Moreno | Plaintiff | Active | IRIS HALPERN (Rathod Mohamedbhai LLC) NICHOLAS ALEXANDER LUTZ (Rathod Mohamedbhai LLC) |