# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 22-cv-02327

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

## ENTRY OF APPEARANCE OF THOMAS W. CARROLL

Please take notice that Thomas W. Carroll of the law firm Littler Mendelson, P.C., enters his appearance on behalf of Defendant. Mr. Carroll certifies that he is a member in good standing of the bar of this Court.

Respectfully submitted this 9th day of September, 2022.

        *s/ Thomas W. Carroll*
        Thomas W. Carroll
        Nicholas Hankins
        LITTLER MENDELSON, P.C.
        1900 Sixteenth Street, Suite 800
        Denver, CO 80202
        Telephone: 303.629.6200
        Fax: 303.629.0200
        Email: tcarroll@littler.com
                nhakins@littler.com

        *Attorneys for Defendant Circle K Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE OF THOMAS W. CARROLL** with the Clerk of Court using the CM/ECF system, and served it by email and U.S. Mail to the following:

Nicholas A. Lutz
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
Telephone: (303) 578-4400
Fax: (303) 578-4401
nl@rmlawyers.com
ih@rmlawyers.com

*Attorneys for Plaintiff*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary