# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 22-cv-02327

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

As required by Federal Rule of Civil Procedure 7.1, Defendant Circle K Stores, Inc. states that it is a non-governmental corporate party and identifies its ultimate parent corporation as Alimentation Couche-Tard, Inc., a publicly held corporation. No publicly held corporation owns 10% or more of Alimentation Couche-Tard, Inc.'s stock.

Respectfully submitted this 9th day of September, 2022.

    *s/ Thomas W. Carroll*
    Thomas W. Carroll
    Nicholas Hankins
    LITTLER MENDELSON, P.C.
    1900 Sixteenth Street, Suite 800
    Denver, CO 80202
    Telephone: 303.629.6200
    Fax: 303.629.0200
    Email: tcarroll@littler.com
          nhakins@littler.com

    *Attorneys for Defendant Circle K Stores, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2022, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, and served it by email and U.S. Mail to the following:

Nicholas A. Lutz
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
Telephone: (303) 578-4400
Fax: (303) 578-4401
nl@rmlawyers.com
ih@rmlawyers.com

*Attorneys for Plaintiff*

                                                *s/ Joanna Fox*
                                                Joanna Fox, Legal Secretary

4866-5524-5105.2