# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 22-cv-02327

MARY ANN MORENO,

  Plaintiff,

v.

CIRCLE K STORES, INC.,

  Defendant.

## ENTRY OF APPEARANCE OF NICHOLAS HANKINS

  Please take notice that Nicholas Hankins of the law firm Littler Mendelson, P.C., enters his appearance on behalf of Defendant. Mr. Hankins certifies that he is a member in good standing of the bar of this Court.

  Respectfully submitted this 9th day of September, 2022.

*s/ Nicholas Hankins*
Thomas W. Carroll
Nicholas Hankins
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.0200
Email: tcarroll@littler.com
   nhakins@littler.com

*Attorneys for Defendant Circle K Stores, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE OF NICHOLAS HANKINS** with the Clerk of Court using the CM/ECF system, and served it by email and U.S. Mail to the following:

Nicholas A. Lutz
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
Telephone: (303) 578-4400
Fax: (303) 578-4401
nl@rmlawyers.com
ih@rmlawyers.com

*Attorneys for Plaintiff*

                                                *s/ Joanna Fox*
                                                Joanna Fox, Legal Secretary