# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02327-STV

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

## NOTICE OF D.C.COLO.LCIVR 81.1 FILING

As required by D.C.COLO.LCivR 81.1(b), Defendant Circle K Store, Inc. ("Circle K") submits the attached current docket sheet (register of actions) from the state-court case. The attached sheet is the same as Circle K submitted upon removal [Dkt. 7] except that it also includes Circle K's Wavier of Service, which was filed later. There are no pending motions, petitions, or related responses, replies, or briefs in the state-court case.

Respectfully submitted this 12th day of September, 2022.

    *s/ Thomas W. Carroll*
    Thomas W. Carroll
    Nicholas Hankins
    LITTLER MENDELSON, P.C.
    1900 Sixteenth Street, Suite 800
    Denver, CO 80202
    Telephone: 303.629.6200
    Fax: 303.629.0200
    Email: tcarroll@littler.com
           nhakins@littler.com

    *Attorneys for Defendant Circle K Stores, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2022, I electronically filed the foregoing **NOTICE OF D.C.COLO.LCIVR 81.1 FILING** with the Clerk of Court using the CM/ECF system, and served it by email and U.S. Mail to the following:

Nicholas A. Lutz
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
Telephone: (303) 578-4400
Fax: (303) 578-4401
nl@rmlawyers.com
ih@rmlawyers.com

*Attorneys for Plaintiff*

                                              *s/ Joanna Fox*
                                              Joanna Fox, Legal Secretary

4888-1923-9730.1