| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY<br>STATE OF COLORADO<br>100 JEFFERSON COUNTY PARKWAY<br>GOLDEN, CO 80401 | |
| **MARY ANN MORENO,**<br><br>　Plaintiff,<br><br>v.<br><br>**CIRCLE K STORES, INC.,**<br><br>　Defendant. | ▲ **COURT USE ONLY** ▲ |
| *Attorneys for Plaintiff:*<br><br>Nicholas A. Lutz, #51299<br>Iris Halpern, #53112<br>Rathod | Mohamedbhai LLC<br>2701 Lawrence St. 100<br>Denver, Colorado 80205<br>(303) 578-4400 (t)<br>(303) 578-4401 (f)<br>nl@rmlawyers.com<br>ih@rmlawyers.com | Case No: 2022CV30949<br><br>Division: 7<br><br>Courtroom: 430 |
| **WAIVER OF SERVICE OF SUMMONS AND COMPLAINT** | |

　　I, Thomas W. Carroll hereby certify that I am counsel for Circle K Stores, Inc., and that I accept service of the Complaint and Jury Demand dated August 12, 2022, and Summons, in the above-captioned litigation, in lieu of personal service on Defendant.

　　Dated this 9th day of September 2022.

　　　　　　　　　　　　　　　　　　*s/ Thomas W. Carroll*
　　　　　　　　　　　　　　　　　　Thomas W. Carroll
　　　　　　　　　　　　　　　　　　Littler Mendelson, P.C.
　　　　　　　　　　　　　　　　　　1900 Sixteenth St.
　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　Telephone: 303.362.2838

- 2 -

tcarroll@littler.com

*Attorneys for Defendant*

- 2 -