## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-02327

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.
_____

## ENTRY OF APPEARANCE
_____

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Mary Ann Moreno.

    DATED at Denver, Colorado this 12th day of September 2022.

    RATHOD | MOHAMEDBHAI LLC

    *s/ Iris Halpern*
    Iris Halpern
    2701 Lawrence Street, Suite 100
    Denver, CO 80205
    (303) 578-4400 (t)
    (303) 578-4401 (f)
    ih@rmlawyers.com

    ATTORNEY FOR PLAINTIFF