Exhibit 3
Circle K Surveillance Video (Register 1)

Conventionally Submitted