

# Crime Victim Compensation Board

First Judicial District
Jefferson and Gilpin Counties
500 Jefferson County Parkway
Golden, CO 80401-6020
Phone 303-271-6846   E-mail: da-cvc@jeffco.us

Mary Moreno
4631 W 89th Way
Westminster CO 80031

RE: Mary Moreno
1-2020-132

Hello Mary Moreno,

- Based on the extension request made by your mental health provider the Board has approved 10 additional mental health sessions with Sherri Wand. Please see the attached document for further information.

If you have any questions, please call this office at the number indicated below.

Crime Victim Compensation
da-cvc@co.jefferson.co.us
303-271-6846