**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22–CV–02327

MARY ANN MORENO,

 Plaintiff,

v.

CIRCLE K STORES, INC.,

Defendant.

---

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

---

Plaintiff by and through her attorneys Iris Halpern and Nicholas Lutz of RATHOD | MOHAMEDBHAI LLC hereby submits her Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**A.** **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:**

In addition to Defendants Circle K Stores, Inc., and Plaintiff Mary Ann Moreno, the following individuals are likely to have discoverable information relevant to the disputed facts:

1. Dris Armand
   (720) 758-6169
   9489 Sheridan Boulevard
   Westminster, CO 80031

   Mr. Armand was Ms. Moreno's District Manager at Circle K. Mr. Armand can likely provide information regarding what happened after the assault and other information relevant to the claims and defenses in this case.

2. Love Jorgensen
   (720) 758-6169
   9489 Sheridan Boulevard
   Westminster, CO 80031

   Ms. Jorgensen was Ms. Moreno's Store Manager at her Circle K location. She responded to the store after Ms. Moreno had been assaulted. Ms. Jorgensen can likely provide information regarding what happened after the assault and other information relevant to the claims and defenses in this case.

3. Bonnie Moreno
   (720) 791-1641
   Address Unknown

   Ms. Moreno is Ms. Moreno's daughter-in-law who responded to the store after Ms. Moreno had been assaulted. Ms. Moreno can likely provide information regarding what happened after the assault and other information relevant to the claims and defenses in this case.

4. Olivia Verela Roan
   (720) 576-1196
   Address Unknown

   Olivia Verela Roan is Ms. Moreno's daughter. Ms. Verela Roan can likely provide information regarding what happened after the assault and other information relevant to the claims and defenses in this case.

5. Brandon Moreno
   Phone Number Unknown
   Address Unknown

   Mr. Moreno is Ms. Moreno's son. Mr. Moreno can likely provide information regarding what happened after the assault and other information relevant to the claims and defenses in this case.

6. Officer R. Hansen #2004
   Westminster Police Department

   (303) 568-4149
   9110 Yates St
   Westminster, CO 80031

   Officer R. Hansen was one of the responding officers the night Ms. Moreno was assaulted and stayed after to ensure Ms. Moreno was okay. Officer R. Hansen can likely provide information other information relevant to the claims and defenses in this case.

7. Amy Harvey
   (720) 758-6169
   9489 Sheridan Boulevard
   Westminster, CO 80031

   Ms. Harvey is an employee for Circle K Stores, Inc's., Human Resources department. Ms. Harvey can likely produce information regarding Ms. Moreno's employment with Circle K Stores, Inc. and other information relevant to the claims and defenses in this case.

B. **RELEVANT DOCUMENTS AND TANGIBLE ITEMS**

Below is a listing, description and/or location of all documents and tangible items in the possession, custody, or control of Plaintiff that are relevant to the disputed facts. By disclosing or producing these documents, Plaintiff does not waive any privileges or rights to non-disclosure regarding any documents or information not explicitly disclosed or produced.

1. (MORENO 000001-000057)

C. **COMPUTATION OF DAMAGES**

Plaintiff claims economic damages, physical impairment damages, compensatory damages (including, but not limited to, those for past pecuniary and non-pecuniary losses, emotional distress, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-

3

pecuniary losses), punitive damages for all claims allowed by law in an amount to be determined at trial, as well as attorneys' fees and costs, pre-judgment and post-judgment interest at the highest lawful rate, and all other damages and relief legally recoverable including equitable relief. Plaintiff is unable to quantify the exact amount of monetary damages Ms. Moreno has suffered. A more precise computation of Plaintiff's damages may be provided during the normal course of discovery and will further be determined by a jury in its sound discretion following a presentation of the evidence at trial in this matter.

D.     **INSURANCE AGREEMENTS**

None with respect to Plaintiff.

DATED this 18th day of October 2022.

RATHOD | MOHAMEDBHAI LLC

*s/ Nicholas Lutz*
Nicholas Lutz
Iris Halpern
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
T: (303) 578-4400
F: (303) 578-4401
nl@rmlawyers.com
ih@rmlawyers.com