**From:** Iris Halpern <ih@rmlawyers.com>
**Sent:** Friday, December 16, 2022 1:06 PM
**To:** Carroll, Tom <TCarroll@littler.com>; Nick Lutz <nl@rmlawyers.com>
**Cc:** Hankins, Nicholas <NHankins@littler.com>
**Subject:** RE: Circle K/Moreno - Plaintiff's Discovery Responses

[redacted]

I also would like to continue to discuss and confer about the motion to amend. Just to clarify, the parties did not discuss a deadline for amending to include exemplary damages because the case was removed from state court. While I understand that this can be any time, including during or after trial, under state court precedence, I find it more helpful for the parties to agree to a deadline to mitigate any confusion or disputes. We typically agree to make it the same time as the dispositive motions deadline. Does that work for you?

Sincerely,
Iris



Iris Halpern
*She, Her, Hers*
Partner
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
ih@rmlawyers.com / rmlawyers.com

This email and/or attachments may contain confidential communications. If you are not the intended recipient, please notify the sender and delete the email and all copies immediately.

From: Carroll, Tom <TCarroll@littler.com>
Sent: Friday, December 16, 2022 1:36 PM
To: Iris Halpern <ih@rmlawyers.com>
Cc: Hankins, Nicholas <NHankins@littler.com>; Nick Lutz <nl@rmlawyers.com>
Subject: RE: Circle K/Moreno - Plaintiff's Discovery Responses

Hi Iris,

[redacted]

On the issue of amendment, that's probably worth a call. My initial position would be that the deadline for joinder of parties and amendment of pleadings would apply, subject to potential modification under Rule 16. I admit I have not dug into the caselaw about the timing of this particular amendment, but I don't see any reason the existing deadline wouldn't apply. In any event, we would not agree to pinning it to dispositive motions. There are at least two reasons for that. One is that § 8-21-102 anticipates there may be additional discovery on exemplary damages and adding them that late in the case wouldn't allow for that. Second, Circle K might move for summary judgment on exemplary damages and such a late deadline would preclude that.

I am out Monday, so that just leaves this afternoon or Tuesday before you close. Tuesday is currently wide open until 4:00.

Tom

**Tom Carroll**
Shareholder
303.362.2838 direct, 720.771.0867 mobile, 303.484.4406 fax
TCarroll@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
1900 Sixteenth Street, Suite 800, Denver, CO 80202-5835