| | |
|---|---|
| **From:** | Dana Powell |
| **To:** | Carlos Hernandez-Tovar |
| **Cc:** | Iris Halpern |
| **Subject:** | RE: --{EXTERNAL}-- Records Request - |
| **Date:** | Friday, February 24, 2023 11:51:20 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Carlos

These are ready with a remaining amount due of $36.75 payable upon pick-up.

These are ready for pick up during normal business hours of 8-4:30 p.m. Mon-Fri. If you choose mailing, please send in a check along with a SASE large enough for 1 media disc. Please indicate this is a CJR request if picking up in person.

Let me know if you need anything further. This will conclude this office's obligation to your request.

Dana Powell

Director of Central Services Administration

Colorado First Judicial District Attorney's Office

dpowell@jeffco.us | 303.271.6829 | firstda.co

CONFIDENTIALITY NOTICE:  This email and any attachments from the District Attorney's Office are confidential and intended solely for the use of the individual or entity to which it is addressed.  The information contained herein may include protected or otherwise privileged information. Unauthorized review, forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you have received this message in error, please notify the sender by replying to this message and delete the email without further disclosure. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Carlos Hernandez-Tovar <cht@rmlawyers.com>
**Sent:** Wednesday, February 15, 2023 4:05 PM
**To:** Dana Powell <dpowell@co.jefferson.co.us>
**Cc:** Iris Halpern <ih@rmlawyers.com>
**Subject:** RE: --{EXTERNAL}-- Records Request -

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

　Report Suspicious　

Ms. Powell,

Please find attached a completed Request for Criminal Justice Records. Our office was wondering if there was anyway we could pay for this request online or via the phone? If not, we will be sending out the check via mail first thing tomorrow morning. Please advise.

If any questions arise, do not hesitate to contact me. My contact information can be found below.

Best,

Carlos Hernandez Tovar
*He, Him, El*
Paralegal
Hablo Español
**Rathod | Mohamedbhai LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
cht@rmlawyers.com / rmlawyers.com

---

**From:** Dana Powell <dpowell@co.jefferson.co.us>
**Sent:** Friday, February 10, 2023 12:35 PM
**To:** Carlos Hernandez-Tovar <cht@rmlawyers.com>
**Subject:** RE: --{EXTERNAL}-- Records Request -

Mr. Hernandez
Please fill out the attached form.
Our office only has the cases listed below that would be available for this request -
20CR3359
19M380
19CR433

22CR1417 is an active court case which I will not release until case closure and the others are not in my system so they plead at the first court appearance.

### Dana Powell
Director of Central Services Administration
Colorado First Judicial District Attorney's Office
dpowell@jeffco.us

[facebook.com]   [instagram.com]   [twitter.com]   [youtube.com]   [firstda.co]



**From:** Carlos Hernandez <no-reply@firstda.co>
**Sent:** Friday, February 3, 2023 12:05 PM
**To:** Brionna Boatright <bboatrig@co.jefferson.co.us>; Dana Powell <dpowell@co.jefferson.co.us>
**Subject:** --{EXTERNAL}-- Records Request -

| **This Message Is From an External Sender** | **Report Suspicious** |
|---|---|
| This message came from outside your organization. | |

**Your Name**

Carlos Hernandez

**Address**

2701 Lawrence St
Suite 100
Denver, Colorado 80205
Map It [maps.google.com]

**Email**

cht@rmlawyers.com

**Phone**

(303) 578-4400

**Interest in Case**

Civil Attorney

**County**

Jefferson County

**Defendent Name**

Tyler Darren Wimmer

**Records Requested**

Hello,

My name is Carlos Hernandez, paralegal at Rathod Mohamedbhai LLC. We represent Ms. Mary Ann Moreno. We are looking to obtain the entire criminal record for Tyler Darren Wimmer, who assaulted Ms. Moreno in 2020. We are looking for records of, but not limited to the following case numbers:

2012CR001760
2010T009767
2007T017921
2006T001761
2005M004510
2012T000735
2022CR001417
2020CR003359
2019CR000433
2019M000380

Please let me know if any questions arise.

**Read & Acknowledge**

☐ By submitting this form, I acknowledge that I will be assessed a $25 search fee that must first be submitted to the District Attorney's Office before my request is processed and additional reasonable fees may be assessed for printing, recording of media and required redactions.