IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02327-NYW- STV

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

**PLAINTIFF'S MOTION FOR LEVEL 1 RESTRICTED ACCESS TO ECF NO. 53-3**

    Pursuant to D.C.COLO.LCivR 7.2, Plaintiff files this Motion for Level 1 Restricted Access to ECF No. 53-3. Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Plaintiff conferred with counsel for Defendant regarding this Motion and Defendant does not oppose this motion.

    D.C.COLO.LCivR 7.2(c) allows a party to file a motion to restrict public access to documents filed with the Court. The motion must: (1) identify the document to be restricted; (2) state the interest to be protected and explain why that interest outweighs the presumption of public access; (3) identify a clearly defined and serious injury that will result without restriction; (4) explain why no alternative to restricted access is available or why only restricted access will adequately protect the relevant interest; and (5) state the level of restriction for the document. D.C.COLO.LCivR 7.2(c)(1)-(5).

    Plaintiff requests Level 1 Restriction of the Jefferson County District Attorney's Office letter to Plaintiff informing her of the criminal charges filed against Tyler Wimmer, the man who robbed the Circle K where Plaintiff was working. ECF No. 53-3.

The letter from the District Attorney's Office contains Plaintiff's personal address on both pages. *See* ECF No. 53-3. In filing the exhibit, Plaintiff redacted her address on the first page but inadvertently failed to redact her address on the second page. *See id.* Restricting ECF No. 53-3 safeguards Plaintiff's privacy interest and her safety.

Plaintiff's motion for exemplary damages cited this exhibit for the proposition that the District Attorney prosecuted Mr. Wimmer. *See* ECF No. 53 at 6-7. Ms. Moreno's address is unrelated to the reason she supplied ECF No. 53-3 to the Court. Attached to this motion is a copy of ECF No. 53-3 with Plaintiff's address redacted on the second page as well. Restricting ECF No. 53-3 will not diminish the public's right to access ECF No. 53-3, because the public will be able to view the contents of the document, just with Plaintiff's address redacted.

Plaintiff therefore respectfully requests that the Court maintain Level 1 restriction over ECF No. 53-3 and permit Plaintiff to file the redacted version of the District Attorney's letter attached to this motion as the operative publicly filed exhibit.

Respectfully Submitted: July 13, 2023

RATHOD | MOHAMEDBHAI LLC

*s/ Virginia Hill Butler*
Virginia Hill Butler
Iris Halpern
2701 Lawrence Street, Suite 100
Denver, CO 80205
T: (303) 578-4400
E: vb@rmlawyers.com
    ih@rmlawyers.com

ATTORNEYS FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2023, I electronically filed and served the foregoing **PLAINTIFF'S MOTION FOR LEVEL 1 RESTRICTED ACCESS TO ECF NO. 53-3** using the CM/ECF system, which will send notification of such filing to the following:

Thomas W. Carroll
Nicholas Hankins
LITLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.6200
Email: tcarroll@littler.com
       nhankins@littler.com

*Attorneys for Defendant Circle K Stores, Inc.*

s/ *Virginia Hill Butler*
Virginia Hill Butler

3