

## OFFICE OF THE DISTRICT ATTORNEY
Jefferson and Gilpin Counties
Peter A. Weir, District Attorney

October 14, 2020



RE:  DA Case #:        D0302020CR003359
     Agency Case #:    202009985
     Defendant:        Tyler Darren Wimmer
     Victim Advocate:  Bev Hollis V W Specialist Advocate Phone: (303) 271-6946
     Prosecutor:       Padraic Emerine
     Courtroom:        3F

Dear Mary Moreno

Our Victim/Witness Assistance Program was established to help crime victims and witnesses with support and assistance during the court process. We hope to make the criminal justice system easier for you to understand and more responsive to your needs.

Our office has filed a criminal case charging the above-named Defendant with the following:

   18-4-302(1)(b) F3 ROBBERY/AGG-MENACE VICTIM W/DEADLY WEAPN

   18-6.5-103(4);18-4-301(1) F3 AT-RISK-ROBBERY

   18-3-206(1)(a)/(b) F5 FELONY MENACING-REAL/SIMULATED WEAPON

   18-8-103 M2 RESISTING ARREST

   18-8-104(1)(a) M2 OBSTRUCTING A PEACE OFFICER

   18-1.3-406(2)(a)(I)(A) SE VIOLENT CRIME-USED WEAPON

- The enclosed Victim Impact Statement is an opportunity for you to provide input to the Court about the injuries and emotional trauma that you have suffered as a result of this crime. This form also requests information regarding any financial losses you have sustained because of the crime. It is important that you document your losses with receipts or estimates. **Please be aware that the Defendant and/or the attorney will see your Victim Impact Statement**. Please submit this Victim Impact Statement to the District Attorney's Office as soon as possible.

- As a victim of a Victim Rights Act (VRA) crime, you have rights under the constitution of the state of Colorado. The enclosed Victim Rights brochure provides information about these rights and who to contact if you feel you have not been provided your rights.

Moreno 000113

500 Jefferson County Parkway, Golden, Colorado 80401-6020  (303) 271-6800  FAX (303) 271-6888

| | |
|---|---|
| COUNTY COURT, JEFFERSON COUNTY, COLORADO<br>CASE NO: D0302020CR003359   DIVISION: 4D<br>CHARGE: ROBBERY/AGG-MENACE VICTIM W/DEADLY WEAPN<br>OFFENSE DATE: 10/4/2020<br>AGENCY CR#: 202009985 | **SUBPOENA TO TESTIFY**<br>012103250489   M |
| THE PEOPLE OF THE STATE OF COLORADO<br>vs.<br>TYLER DARREN WIMMER, DEFENDANT | EVENT:       Jury Trial<br>PROSECUTOR: Padraic Emerine<br>ADVOCATE:   Lori Clark<br>JUDGE:       Russell Klein |

**TO:** Mary Moreno



You are hereby commanded to appear on:
**from 07/06/2021 to 07/09/2021 at 8:00 am**
In Division 4D, at the
100 Jefferson County Parkway
Golden, CO  80401
To testify on behalf of the People of the State of Colorado.

Subpoena issued on: 3/25/2021
Pursuant to C.R. Crim. P. Rule 17

**IMPORTANT:**
**When you are served with a subpoena, either personally or by waiver, you are required to attend unless the case is vacated.**

**Please Return The Attached Waiver Immediately**

OFFICE OF THE
DISTRICT ATTORNEY
FIRST JUDICIAL DISTRICT,
COLORADO
Alexis King
DISTRICT ATTORNEY

**District Specific:**
Please check in at the Victim/Witness Center (room 1070).
Victim Witness (303) 271-6840

**Special Instructions:**

Notes: This is a 4-day Trial

### WAIVER OF PERSONAL SERVICE

Event Date: 07/06/21 to 07/09/21 8:00 am
Case No: D0302020CR003359
Witness: Mary Moreno
Defn: Tyler Darren Wimmer

Event: Jury Trial
Division: 4D
Prosecutor: Padraic Emerine
Offense Date: 10/4/2020

If you agree to WAIVE PERSONAL SERVICE of this subpoena, **please sign, date and return this postcard to confirm your attendance.** If you sign this waiver, you are required to appear unless otherwise notified.

**I acknowledge receipt of this subpoena, waive personal service, and will appear as directed.**

_____   _____
Witness Signature                                  Date
[ ] Place "ON CALL" at phone number _____   Travel Time: _____
Make Address Correction Here _____

_____
Home Phone: _____ Work Phone: _____ Cell Phone: _____
Email: _____

This trial may be scheduled for several days. To minimize your inconvenience, you may be placed "on call" by checking the box. "On-call" means you will not be required to appear at the time specified above, but instead will be called when needed. You must be available by phone at all times. Please indicate day, evening, pager and cell phone numbers.

Moreno 000114


M