# EXHIBIT B TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## Declaration of Nicholas Hankins

## *Mary Ann Moreno v. Circle K Stores, Inc.* Case No. 1:22-cv-02327-NYW-STV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02327-NYW-STV

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

## DECLARATION OF NICHOLAS HANKINS

I, Nicholas Hankins, declare as follows.

1. I am an attorney at Littler Mendelson, P.C. and am counsel of record for Defendant Circle K Stores, Inc. ("Circle K") in this case.

2. I make this declaration in support of the Circle K's Motion for Summary Judgment ("Motion").

3. Attached as Exhibit 1 is a true and correct copy of Deposition Exhibit 1 from this case, Circle K's Employee Guidebook.

4. Attached as Exhibit 2 is a true and correct copy of Deposition Exhibit 2 from this case, Circle K's 5-Minute Rule.

5. Attached as Exhibit 3 is a true and correct copy of Deposition Exhibit 3 from this case, Circle K's Confront & Chase policy.

6. Exhibits 4, 5, and 6, as cited in the Motion, are true and correct copies of Deposition Exhibits 4, 5, and 6, which are video-surveillance footage from October 4, 2020. Those exhibits will be submitted to the Court conventionally rather than through ECF.

7. Exhibits 4-6 depict the events from multiple angles. Only Exhibit 4 has sound.

8. Exhibit 7, as cited in the Motion, is a true and correct copy of Deposition Exhibit 7, a 911 audio recording from October 4, 2020. That exhibit will be submitted to the Court conventionally rather than through ECF.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of Susie Fernandez, as cited in the Motion.

10. Attached as Exhibit 9 is a true and correct copy of excepts from the deposition of Mary Ann Moreno, as cited in the Motion.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition of Driss Aamoud, as cited in the Motion.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the deposition of Craig Holmes, as cited in the Motion.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition of Amy Harvey, as cited in the Motion.

14. Attached as Exhibit 14 is a true and correct copy of Deposition Exhibit 14 from this case, "View Terminate Employee Event."

According to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2023.                    *s/ Nicholas Hankins*