# EXHIBIT 1 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## Employee Guidebook

## *Mary Ann Moreno v. Circle K Stores, Inc.* Case No. 1:22-cv-02327-NYW-STV



# Employee Guidebook

September 2020



EXHIBIT ___1___
WIT: _Moreno_
DATE: _4-12-23_
Carin Geist, RDR, CRR, CRC

CircleK0000226

**Introduction**

Welcome to Circle K.
We look forward to Growing Together with you as part of our team!

This Guidebook ("Guidebook") has been provided to familiarize you with certain basic Company policies, practices, benefits, and guidelines. It is not meant to cover these matters in detail or all matters relating to your employment, nor is it intended to create a binding agreement or contract of employment between you and Circle K or a promise that Circle K must follow any specific procedures. This guidebook summarized what we can expect from you as an employee. You should take the time to read and understand this Guidebook, which supersedes all prior guidebooks. Feel free to ask for an explanation of anything you do not understand. Employment at Circle K is "at will" and may be terminated by you or the Company for any or no reason, at any time, with or without notice, consistent with applicable law.

The information found in this guidebook is merely a summary of many of the policies and procedures. The policies stated in this Guidebook are guidelines and, unless otherwise stated, are subject to change, suspension, variation or elimination at the sole discretion of the Company with or without notice, as are all other policies procedures, benefits, or other programs of the Company. The Circle K Family of Companies consists of a number of legal operating entities. For purposes of simplicity, the Circle K Family of Companies is referred to as "Circle K" or "Company" in this guidebook. For The Company also reserves the sole right to interpret, construe, and apply the guidebooks contents. In such situations, Circle K will use its discretion and take appropriate action. For more detailed information contact your direct supervisor, Market Manager, Director of Operations or Human Resources Department.

None of the policies or procedures in this guidebook are intended to, or will be interpreted to or administered as, interfering with, restraining, or coercing employees in the exercise of their rights under the National Labor Relations Act, including their right to engage in or not engage in protected concerted activities, or under other applicable laws.

"Employee" is in reference to all Circle K employees unless identified as a specific group.

Confidential                                                                                                    CircleK0000227

## INDEX

### 4

401(k) PLAN                                                                                  28

### 5

5 MINUTE RULE                                                                                15

### A

ALCOHOL / DRUGS                                                                              19
AMERICANS WITH DISABILITIES ACT (ADA)                                                         8
ANTI-MONEY LAUDERING COMPLIANCE (US PATRIOT ACT)                                             33
EMPLOYEE GUIDELINES RELATED TO FRAUD/ABUSE OF A REWARD                                        14
EMPLOYEE PURCHASES                                                                           31
EMPLOYEE SUGGESTIONS                                                                         12
ATTENDANCE                                                                                   19

### B

BENEFIT PROGRAM PARTICIPATION                                                                28

### C

CASH HANDLING PROCEDURES                                                                     17
CELL PHONES                                                                                  36
CLARIFICATION CLAUSE                                                                          2
COMPANY PROPERTY                                                                             35
CONFIDENTIALITY POLICY                                                                       13
CONFLICT OF INTEREST                                                                         34

### D

DISORDERLY CONDUCT                                                                           20
DRESS CODE                                                                                   21

### E

ELECTRONIC MEDIA POLICY                                                                      37
EQUAL EMPLOYMENT OPPORTUNITY                                                                   8

### F

FAMILY AND MEDICAL LEAVE                                                                     24
FIGHTING                                                                                     20
FOOD STAMP/SNAP EBT CARD PURCHASES                                                           33
FUNERAL LEAVE                                                                                29

### G

GUEST COMMENTS                                                              See GUEST COMMITMENT
GUEST COMMITMENT                                                                              8
GUEST COMPLAINTS - TAKING AND HANDLING                                      See GUEST COMMITMENT

3

# H

HARASSMENT (Anti)  POLICY                                                     8
HOLIDAY PAY                                                                   29

# I

INJURIES ON THE JOB                                                           15
INSUBORDINATION                                                              21

# J

JURY DUTY                                                                     29

# L

LACTATION SUPPORT IN THE WORKPLACE                                           28
LIGHT OF DAY POLICY                                                           7
LOITERING                                                                     32

# M

MILITARY LEAVE                                                                27
MINIMUM EMPLOYMENT AGE                                                        14
MOONLIGHTING                                                                  35

# N

NOTICE OF RESIGNATION                                                         35

# O

OPEN DOOR POLICY/ISSUE RESOLUTION PROCEDURE                                  11
OUTSIDE EMPLOYMENT                                                            34
OVERTIME                                                                      30

# P

PARKING                                                                       19
PAY FOR TIME WORKED                                                           30
PERFORMANCE COACHING                                                          12
PERFORMANCE EVALUATIONS                                                       29
PERSONAL TELEPHONE CALLS                                                      34
PERSONNEL RECORD CHANGES                                                      35
PREPARING THE DAILY BANK DEPOSIT                                              19
PROMOTIONS                                                                    30

# R

REASONABLE ACCOMMODATION                                                      9
REFERENCE CHECKS                                                              32
RELATIVES EMPLOYED BY THE COMPANY                                             14
REPORTING PROCEDURES AND NON-RETALIATION POLICY                             10
ROBBERY PREVENTION                                                            16

Confidential                                                        CircleK0000229

## S

| | |
|---|---|
| SAFE WORK ENVIRONMENT | 14 |
| SALE OF AGE RESTRICTED PRODUCTS | 33 |
| SAVINGS PLAN | 25 |
| SICK DAYS/PERSONAL DAYS | 29 |
| SIGNATURE PAGE | 43 |
| SMOKING | 18 |
| SOLICITATION | 33 |
| STOCK PURCHASE PLAN | 28 |
| STORE EXPECTATION FORM | 37 |

## T

| | |
|---|---|
| TELEPHONE SCAMS | 18 |
| TELEPHONE USE | 34 |
| THEFT | 20 |
| TRANSFERS | 29 |
| TUITION REIMBURSEMENT | 28 |

## U

| | |
|---|---|
| UNIFORM AND IMAGE POLICY | 21 |

## V

| | |
|---|---|
| VACATION POLICY | 30 |
| VERBAL ABUSE | 21 |
| VISION STATEMENT | 6 |
| VISITOR AND VENDOR POLICY | 32 |

## W

| | |
|---|---|
| WEAPONS STATEMENT | 18 |
| WORKPLACE SAFETY | 16 |
| WORKPLACE SECURITY | 16 |
| WORKPLACE VIOLENCE | 10 |

Confidential

CircleK0000230



# *OUR DNA*

## ACT with PRIDE

Circle K is part of Alimentation Couche-Tard (ACT), our Canadian parent company.

### *We take pride in People, Results, Improvement, Development and Entrepreneurship*

|  |  |
|---|---|
| PEOPLE | make us stand out from our competitors. We take an interest in our customers and connect with them to create long-lasting relationships – every chance we get. |
| RESULTS | matter. Our stores and stations are our livelihood. The customer's experience we deliver is what generates value for our stakeholders. |
| IMPROVEMENT | drives us. We continuously seek to improve our processes and performance, working in teams to learn from each other and from the best. |
| DEVELOPMENT | is always looking ahead. We are hungry for growth, developing our business customer by customer, store by store and nation by nation. |
| ENTREPRENEURSHIP | means that we challenge ourselves every day to think like customers and act like owners. |

# *OUR ASPIRATION*

### *To become the World's Preferred Destination for Convenience and Fuel*

# *OUR EMPLOYEE VALUE PROPOSITION*

### *Growing Together*

6

CircleK0000231

## LIGHT OF DAY POLICY

The Company is committed to providing a workplace where everyone is treated with courtesy and respect and has established an expectation of behavior called the "Light of Day test" - it can serve as one golden rule for our behavior. The company's commitment and expectation regarding behavior also fully recognizes the value and need for providing each other with candid feedback, performance coaching and progressive discipline when necessary. Therefore, it is important to recognize that the following expectation for behavior is not intended to prevent difficult or critical communication from taking place. Rather, it is intended to serve to reinforce *how* we communicate and interact with one another.

Both the policy itself, as well as the spirit of the policy, should be interpreted to create an environment where expectations for performance, achievement of goals, and personal accountability for results delivered can be professionally addressed to ensure the Company's continued success.

Every employee in the Company is expected to comply with the expectations set forth in this policy. No one is exempt from this policy, and this policy will require annual acknowledgement.

## THE LIGHT OF DAY TEST

Apply this test to all your dealings with others. Simply ask yourself:

- *If your behavior was recorded and broadcast on the morning news, how would you feel?*
- *If your e-mail or note was published online or in your local newspaper, how would you feel about reading it?*
- *Would you be proud? Or would you feel like a jerk?*
- *What would others think of your behavior?*

*In general, how would you feel if someone treated you, a friend or loved one the way you treated a co-worker?*

**If you would not be proud of your behavior subjected to the "Light of Day test",
your behavior is not acceptable.**

### Communication procedure

If you believe you or any other Employee is being subjected to behavior that violates the Company's Light of Day test of behavior, the process for communicating using our open door policy is as follows:

1. Discuss the issue with your immediate supervisor.
2. If you do not feel comfortable discussing with your immediate supervisor, you are encouraged to discuss with the next level supervisor.
3. If you are not comfortable discussing with either of those individuals, you may discuss your concerns with the Human Resources team in your division using the following number:

*Employees reporting within the Human Resources Departments may take their concerns to the Vice President of Operations if they feel uncomfortable going to the Director of Human Resources or the Human Resources Manager.

Your concerns will be taken seriously and assigned to an appropriate member of management for review. The review of facts will include gathering of information about the incident including, but not necessarily limited to, what was communicated, how it was communicated, and the context of what led to the communication – your willingness to participate in an open and honest conversation will be critical to an effective resolution.

No action will be taken against any Employee merely because he or she reports behavior believed to violate this policy. Violations of this policy will not be tolerated. The Company will make a determination based on all the facts and take appropriate action, which may include additional training, performance coaching, collaborative/assisted communication between the individuals involved or other steps or, in certain circumstances of unacceptable behavior, appropriate disciplinary action up to and including discharge.

7

Confidential

CircleK0000232

**LET'S HANDLE ALL OF THIS THROUGH CUSTOMER SERVICE TRAINING**

## EQUAL EMPLOYMENT OPPORTUNITY POLICY

It is the Company's policy that, as required by law, equal employment opportunities be available to all persons without regard to race, color, gender, religion, sexual orientation, gender identity, age, national origin, disability, genetic information, veteran status or any other category protected by federal, state, or local law. This policy applies to Employees and applicants and to all phases of employment including hiring, promotion, demotion, treatment during employment, rates of pay or other forms of compensation, and discharge.

## AMERICANS WITH DISABILITIES ACT (ADA)

It is the policy of the Company to comply with the Americans with Disabilities Act (ADA), and all federal, state, and local laws concerning the employment of persons with disabilities. Furthermore, it is our Company policy not to discriminate against qualified individuals with disabilities in regard to application procedures, hiring, advancement, discharge, compensation, training and other terms, conditions and privileges of employment. Under the ADA, an "individual with disability" is defined as one who has a physical or mental impairment that substantially limits one or more of life's major activities, has a record of such impairment or is being regarded as having such an impairment. A "qualified individual with a disability" is an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the job. "Essential functions" refer to job tasks that are fundamental and not marginal to the performance of a job. "Reasonable accommodation" is any change or adjustment to a job or work environment that permits a qualified applicant or employee with a disability to participate in the job application process, to perform the essential functions of a job, or to enjoy benefits and privileges of employment equal to those enjoyed by employees without disabilities.

The Company is committed to reasonably accommodating qualified individuals with a disability, so they can perform the essential functions of a job unless doing so creates undue hardship. If an individual feels that he or she requires a reasonable accommodation to perform the essential functions of his or her job, the individual should make a request to his or her Human Resources Representative for your Division. As part of its commitment to make reasonable accommodations, the Company also wishes to participate in a timely, good faith, interactive process with the disabled applicant or employee to determine effective reasonable accommodations (if any) that can be made in response to a request for accommodation. The employee may suggest an appropriate accommodation; however, the choice of an appropriate accommodation will ultimately be made by the Company. The evaluation of a request for a reasonable accommodation will be made on a case-by-case basis because the nature and extent of a disabling condition and the requirements of the job will vary. By working together in good faith, the Company hopes to implement reasonable accommodations that are appropriate and consistent with its legal obligations. To the extent state or local laws provide additional rights to applicants or employees, the Company shall comply with such laws.

Employees must allow service animals in our stores. A disabled customer does not have to show any form of identification or certificate that the animal (most commonly a dog but could be other animals) is a service animal, nor does that animal have to be wearing a vest or harness. Employees on shift may ask if an animal is a service animal but CANNOT require special ID cards for the animal or ask about the person's disability. If told that it is a service animal or a service animal in training, no additional questions may be asked, including asking the customer what his/her disability is that requires the use of a service animal. If there is ever a doubt whether an animal is a service animal or not, it is the Company's policy to consider the animal's presence permissible

### ANTI-HARASSMENT and DISCRIMINATION POLICY

The Company is committed to providing all of its employees a professional and satisfactory work environment that is free of harassment or discrimination due to their age, race, gender, sexual orientation, national origin, pregnancy, disability, veteran status, color, religion, genetics, marital status or any other legally protected status.

### DEFINITIONS

#### A. Harassment and Discrimination

Under the law, both harassment and discrimination are defined as conduct that is unwelcome and is purposefully imposed upon an employee due to his/her legally protected status as described above. This conduct can be verbal, non-verbal, physical and/or visual. Acts of harassment and discrimination are further defined as conduct that:

8

                                                                                   CircleK0000233

- Materially affects important (tangible) job benefits (such as wages, promotional opportunities, scheduling, etc.;
- Unreasonably interferes with an individual's work performance and/or;
- Creates an intimidating, hostile, or offensive working environment.

The Company will actively investigate all complaints of harassment and discrimination as defined above. Harassing or discriminatory acts directed at a person's protected status can be any of the following, along with others behaviors:

- Offensive remarks or jokes;
- Harassing e-mails, text messages, instant messaging, voice mails, phone calls and/or other forms of electronic communication;
- Verbal abuse or kidding that is considered unacceptable and unwelcome by the targeted individual;
- Displaying an intimidating, hostile, or offensive attitude because of an individual's protected status;
- Any unwelcome verbal or physical conduct which unreasonably interferes with an individual's performance and/or reduces personal productivity or safety during work time.

**B. Sexual Harassment**

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature that directly involves a condition of employment (such as scheduling, wages, vacation requests, etc.), creates an intimidating, hostile or offensive work environment; or interferes with an individual's ability to person his/her job tasks satisfactorily.

The Company will actively investigate all complaints of sexual harassment upon learning that such conduct has allegedly occurred. Sexual harassment can be any of the following:

- Lewd or suggestive remarks or jokes;
- Unwanted touching, hugging or kissing, even if considered being playful by
- the offender;
- Harassing e-mails, text messages, instant messaging, voice mails, phone calls and/or any other forms of electronic communication;
- Verbal abuse or kidding that is sexually oriented and considered unacceptable by the targeted individual;
- Displaying an intimidating, hostile, or offensive attitude because of rejected sexually-oriented demands, requests, physical contacts or attentions;
- Any unwelcome verbal or physical conduct of a sexual nature which unreasonably interferes with an employee's performance, reduces personal productivity/ safety during work time or causes stress beyond the workplace.

## MANAGEMENT RESPONSIBILITIES

A. It is the responsibility of all levels of management to ensure that all employees understand that harassment, discrimination and sexual harassment will not be tolerated and that violations of this policy will result in disciplinary action, up to and including, termination of employment.

B. Immediate supervisors will ensure that all employees understand their right to a harassment-free work place.

C. Post this policy in the work place to inform employees of the procedure to follow for reporting violations.

D. Retaliation for filing a harassment or discrimination complaint is strictly prohibited and employees who report such incidents need not fear being retaliated against as a result of the report. All complaints will be investigated and resolved promptly and confidentially limiting such information only to those persons who have a need-to-know to remedy the situation.

## PROCEDURE

A. Any employee being harassed or discriminated against by another employee, guest, independent contractor or vendor in the work place must report such actions immediately to put the Company on notice that such behavior is taking (or has taken) place. Employees may use the complaint alternative with which they are most comfortable. Employees may report the violation to their immediate supervisor, any level of management or their Human Resources department. Once a complaint is

9

CircleK0000234

made, regardless of whether the employee wants any action taken, the Company must investigate. All reports of violation of this policy to management will be investigated promptly and thoroughly and to the fullest extent possible, shall be treated with strict confidentiality other than those persons who have a need-to-know.

B. Any level of management that is advised of an alleged violation of this policy should immediately inform the local Human Resources Director.

C. If an investigation confirms that corrective action is needed, an employee may be disciplined, up to and including immediate termination of employment.

D. Company does not consider conduct in violation of this policy to be within the course and scope of employment and does not sanction or condone such conduct on the part of any employee, including supervisory or management employees.

## WORKPLACE VIOLENCE

The safety and security of our Employees and those we serve are of the utmost importance. We will not tolerate threatening, intimidating, malicious, or violent behavior directed toward anyone on our property or during work time. **Every employee must involve management at the earliest notice of this type of behavior.**

To minimize the potential risk of personal injuries and to reduce the possibility of property damage if anyone is unhappy or disgruntled for whatever reason, the Company will take decisive, appropriate action in response to inappropriate behavior—including, but not limited to, heightened security, suspension and/or termination of a business relationship, reassignment of job duties, suspension or termination of employment, and/or criminal prosecution.

Immediately notify your Store Manager, Market Manager, immediate supervisor, or Human Resources of any possible violations of this policy or other threats to workplace security that you have experienced, witnessed, or otherwise become aware of. Examples include threatening, intimidating, malicious, or violent behavior that is or was job-related or has been or might be carried out on Company property or during working time. Employees must report this behavior regardless of the relationship between the individual who initiated the inappropriate behavior and the target of the behavior.

If you receive or overhear threatening communications from an employee or third party, report it to management immediately. Do not engage in either physical or verbal confrontation with a potentially violent individual. If you encounter someone who is threatening immediate harm to anyone, contact an emergency agency (such as 911) immediately. Then immediately report the concern to your Store Manager, Market Manager, immediate supervisor or Human Resources.

All reports of work-related threats will be kept confidential to the extent possible, investigated, responded to, and documented. In addition, acts of violence will be reported to the proper law enforcement authority for possible criminal prosecution. Employees must report and participate in an investigation of any suspected or actual cases of workplace violence.

To maintain the security and safety of all, if a court has entered a protective or restraining order, an injunction, or the like that either prevents or protects an employee from contact with a co-worker or any other individual likely to access the Company's premises, Employees must (1) immediately report the entry of the protective or restraining order, injunction, etc., to Human Resources and (2) provide a copy of the document.

All Employees are to maintain a safe and secure work environment and reduce the risk of threatening, intimidating, malicious, or violent behavior that may affect employees and those who interact with them by complying with the letter and spirit of this policy.

## REPORTING PROCEDURE AND NON-RETALIATION POLICY

If you believe you or any other Employee is being subjected to behavior that violates the Company's policies, you have a right and responsibility immediately to report the behavior to the Regional Director of Operations or to your Department Manager. If for any reason you do not feel comfortable reporting your concerns to the Regional Director of Operations or to your Department Manager, you may report your concerns directly to your Human Resources Department.

Supervisors who become aware of any potential violation of this policy must immediately report the potential violation to the Director of Human Resources or the Human Resources Manager. Failure to report potential violations will result in discipline up to and including discharge.

10

                                                                                   CircleK0000235

The Company prohibits retaliation against any individual who, in good faith, reports discrimination or harassment or participates in an investigation of such reports. We assure all Employees we will take action to investigate and resolve complaints. The Company is firm in its commitment to maintaining an environment free of discrimination, harassment, retaliation, and other inappropriate conduct.

Violations of these policies will not be tolerated and will result in appropriate disciplinary action up to and including discharge.

Please help us maintain a comfortable work environment free from discrimination, harassment, retaliation, and other inappropriate and offensive conduct.

## OPEN DOOR POLICY/ISSUE RESOLUTION PROCEDURE

In any business, there will be honest differences of opinion about working conditions, disciplinary action, rules, and other personnel issues. For Circle K and its Employees to succeed, all must be committed to open communication and continually seek opportunities to perform our jobs more efficiently and effectively. An open channel of communication is essential to a good work atmosphere and accomplishment, productivity, and customer satisfaction. This policy will assist Employees in addressing and resolving work-related issues in a positive and productive manner.

All Employees who have an unresolved work-related issue should approach resolution in the following manner:

**1:**     **Equal Employment Opportunity/Anti-Harassment Policy Issues**

If you have concerns related to discrimination, harassment, inappropriate behavior or comments based on race, color, sex, sexual orientation, gender identity, transgender status, pregnancy, age, religion, national origin, citizenship status, disability, military status, genetic information, or any protected category under federal, status, or local law, or retaliation, those concerns should be reported in accordance with the Reporting Procedure outlined previously.

**2:**     **Disciplinary Action Issues**

If you have concerns related to disciplinary action, take the following steps.

First, discuss your concern with your immediate supervisor, who, in most cases, will be able to resolve the situation.

If you feel the first step does not result in satisfactory resolution of your concerns, communicate your concerns to the next level of supervision or to Human Resources, who will review the disciplinary action and, if necessary, meet with the involved parties to attempt to bring about a mutual understanding or acceptable resolution. At the second step, your concern must be placed in writing, within ten (10) calendar days of the date the discipline was issued. State (1) the reason you disagree with the disciplinary action and (2) the facts supporting your reason, including names of others who have information related to the relevant facts and circumstances. In other words, your written statement should include the "who," "what," "where," "when," "how" and "how often." The next level of supervision or Human Resources will review and make a final determination.

**3:**     **Other Issues or Concerns**

If your work-related concern does not involve an issue under the Equal Employment Opportunity/Anti-Harassment Policy or disciplinary action, first discuss your concern with your immediate supervisor, who, in most cases, will be able to address your concern.

If you feel the first step does not result in satisfactory resolution, communicate your concerns to the next level of supervision who will review the concern and, if necessary, meet with involved parties to attempt to bring about a mutual understanding or acceptable resolution.

If the second step does not result in satisfactory resolution or you are uncomfortable addressing your concerns with your immediate supervisor and/or the next level of supervision, you may bring your concerns to the Human Resources Department. You can discuss with them steps taken, such as the names of the involved parties, dates of prior meetings or attempts to resolve the matter, and reasons given for lack of attention or resolution. In other words, your written statement should include the "who," "what," "where," "when," "how" and "how often." Your Human Resources Department will review the matter and, if necessary, meet with involved parties to address the concern.

If an employee believes he/she still has unresolved work related issues after following the above referenced procedures and such work-related issue is a covered claim under an applicable arbitration agreement, policy and/or program, he/she

11

                                                                                                    CircleK0000236

2327-NYW-STV Document 64-3 filed 08/07/23 USDC Colorado pg 13 of 42

will proceed in accordance with applicable arbitration agreement policy, and/or program and resolve the covered claim through binding arbitration. An agreement, policy, and/or program to arbitrate does not affect or limit an employee's right to file an administrative charge with or to seek other relief from local, state, or federal agencies such as the National Labor Relations Board, or the Equal Employment Opportunity Commission.

Do not keep issues or concerns to yourself. Use this policy so we can work together to address and resolve them. Circle K and all Employees will benefit from open and professional communication and commitment to resolution.

## EMPLOYEE SUGGESTIONS

In the United States, Circle K is the largest independent convenience store operator in terms of number of company-operated stores and believes that to maintain a competitive edge we must make progress every day. To improve operations, we listen and may implement good ideas and suggestions from our Employees. Suggestions on subjects such as safety and ways to save labor, money, energy, time, and materials are encouraged.

All suggestions should be directed to your immediate supervisor or your Market Manager.

## PERFORMANCE COACHING

Performance Coaching is a process based on the principle of communicating a series of management responses or actions, corrective in nature, whereby each step in the series results in a more severe penalty used to give an Employee an opportunity to improve his or her performance. The steps are taken by management to assist an employee in changing undesirable work behavior and conduct in his/her job performance to an acceptable level.

The intent of this process is to use the series of disciplinary actions as a means to assist and encourage employees to correct their conduct and to achieve satisfactory work performance. Particular circumstances may, in some cases, be exceptional or gross misconduct or otherwise give cause to "skip" a level in the series of Performance Coaching depending on the facts of the situation. In other words, the Company reserves the right based on the nature of the infraction or performance issue to take the appropriate level of disciplinary action/Performance Coaching and, depending on the facts of the situation, may skip any or all levels in the coaching/disciplinary process.

**PLEASE BE AWARE** that a combination of infractions (even if they are unrelated) could progress the discipline process. For example: An employee may be given a verbal warning for tardiness, a written warning for not completing assigned job duties, and be discharged for being tardy again.

Generally, most rule violations, misconduct and poor job performance fall into the following discipline matrix.

| Violation | Minor Offense | Major Offense | Dismissal Offense |
|---|---|---|---|
| 1st Offense | Performance Coaching | Written Warning up to Discharge | Up to Discharge |
| 2nd Offense | Verbal Warning Up to Written Warning | Written Warning Up to Discharge | Up to Discharge |
| 3rd Offense | Written Warning Up to Discharge | Up to Discharge | Up to Discharge |
| 4th Offense | Written Warning Up to Discharge | Up to Discharge | Up to Discharge |

12

CircleK0000237

The matrix is a tool designed to help maintain fair and consistent standards. It is not designed to replace sound reason and judgment. There may be additional circumstances or factors that may weigh more heavily than others, depending on the particular facts of each incident.

<u>Immediate Discharge and Administrative Leave</u>

For certain serious policy violations or employee misconduct, Circle K may find it necessary to discharge an employee for a first offense. Examples of serious violations and employee misconduct include, <u>but are not limited to</u>:

- Serious disregard for safety rules or practices;
- Falsification of time records, employment applications, or other Company documents/records;
- Work performance resulting in customer complaints;
- Abuse, misuse, or destruction of Company tools, equipment, vehicles, or property;
- Fighting, chasing, confrontation, or pursuit
- Insubordination
- Violation of the drug/alcohol policy;
- Carrying or storing firearms or weapons on Company property unless explicitly permitted under federal, state, or local law;
- Violating the EEO/anti-harassment policies or otherwise engaging in discriminatory, harassing, or retaliatory behavior in violation of the Company's policies;
- Threatening another employee or customer (verbal, written, electronic or physical);
- Mishandling of Company assets or theft; leaving the premises with unauthorized packages;
- Failure to remain alert while on duty;
- Disclosing confidential information in violation of the Company's Confidentiality Policy;
- Violation of the Sale of Age Restricted Products Policy (a.k.a.: Sales to Minors Policy);
- Violation of the Food Stamp/SNAP EBT card Purchases Policy;
- Unacceptable cash shortage or unsecure store cash (approved areas: register, safe or in process of being counted);
- Failure of a mystery shop or restricted sales mystery shop measuring our expectations;
- "Borrowing" or taking company cash, merchandise, or property;
- Disabling, tampering with, or modifying any Company equipment or security systems;
- Violation of banking procedures;
- Violation of Cash Handling Policy;
- Excessive variances on the shift analysis
- Violation of the Rewards Policy

If an employee is accused of committing an offense for which they could be immediately discharged, they may be placed on investigative suspension while the facts and circumstances of the offense are determined. This suspension will be with or without pay, depending on the outcome of the investigation. Employees have the option to maintain benefit coverage while on investigation suspension. To do so, employees must pay their portion of the benefit premium. **Employees' failure to pay benefit premiums could result in cancellation of benefit coverage. Contact the Benefits Department for additional information.**

Prior to terminating employment, a skip level policy will be followed. This involves communication to the next level of management prior to an employee being discharged.

Contact your Human Resources Department for further information concerning this policy.

## CONFIDENTIALITY POLICY

Employees are expected to maintain the confidentiality of certain information acquired as a result of their job. This information includes, but is not limited to:

- Personnel and medical information;
- Customer and vendor information;
- Financial, accounting, legal and other information about the finances and operations of our business;
- Business plans and proprietary information; and
- Company videotaping.

13

The definition of "confidential" or "proprietary" information as used throughout this Guidebook and this Confidentiality Policy does not include information regarding working conditions or other terms and conditions of employment to the extent disclosure or communication of such information is protected by the National Labor Relations Act or other applicable laws, nor does it prohibit employees from reporting compliance concerns with governmental agencies or otherwise participating in governmental investigations or inquiries.

## MINIMUM EMPLOYMENT AGE

To provide a safe work environment and comply with state and federal child labor laws, Circle K has placed strict restrictions on the hiring of minors to work in our stores. Specifically:

- The employment ages for our foodservice locations differ depending on state laws. Contact your Human Resources Department with any questions.
- Individuals aged 16 and 17 may only be employed to work in stores that do not sell alcoholic beverages. Contact your Market Manager or Human Resources Department to confirm ability to hire based on state laws.
- Employees operating store registers and handling alcoholic beverages (stocking) must be at least the city and/or state-required legal age to sell and handle alcoholic beverages.

If a 16 or 17 year old is employed, the minor's supervisor must ensure that all state and federal child labor law provisions are complied with (including limitations on starting/ending times, maximum hours allowed per day, posting, work permits and record keeping requirements, and others). Contact your Market Manager or Human Resources Department for the child labor law provisions of your state.

## RELATIVES EMPLOYED BY THE COMPANY

It is understood the Company may, from time to time, employ two (2) or more persons who are related to each other. Except for the officers, no other employee shall work with, or under the supervision of, another person who is a relative of the employee. In the event two (2) or more employees who are relatives are determined to be working with each other or under the supervision of a relative (e.g. relatives working at the same store), then all such employees may be subject to reassignment, transfer, or discharge at the Company's sole discretion. For the purposes of this policy a "relative" is any person related to the employee by blood, marriage, or adoption in the following degrees:

| | | | |
|---|---|---|---|
| * Parent | * Child | * Sibling | * Legal Guardian |
| * First Cousin | * Grandparent | * Grandchild | |
| * Niece | * Nephew | * Uncle | |
| * Aunt | * Spouse | * Live-in and/or personal relationships | |

"Relative" also includes in-laws and step-relatives for these same degrees.

This policy shall apply without regard to gender and without regard to sexual orientation of the participants in a relationship of the kind describe. If you become aware of such a situation, you must report it to Human Resources. Contact your Human Resources Department if you need additional information on this policy.

## SAFE WORK ENVIRONMENT

Circle K provides and maintains safe working conditions and follows operating practices that will safeguard the health and safety of all employees and our guests.

Accident prevention and efficient operations go hand-in-hand. Every level of management has a primary responsibility for the safety and well-being of all employees and our guests. All employees have the responsibility to themselves and their fellow workers to follow all safety rules and to maintain Circle K's property and equipment for safe operation at all times.

We are concerned for the health and safety of every employee and guest and will strive to make the workplace accident free.

14

CircleK0000239

## 5 MINUTE RULE

Employees must call **911** immediately to report any robbery, fight, shooting, accident or other emergency situation where an employee or customer needs emergency assistance.

Follow the 5 Minute Rule contact sheet posted in the store for all incidents listed below. If the Store Manager is called and does not call back in 5 minutes, then contact the Market Manager. If the Market Manager does not call back in 5 minutes, then contact the Back-Up Market Manager. If they do not call back in 5 minutes, call the Regional Director of Operations and so forth, until verbal contact is made (Follow the chain of command in the order listed). Remember, these numbers are to be used for **emergencies only**.

The 5 Minute Rule must be followed for every incident listed below:

- Employee or Customer accidents and injuries
- Assaults
- Robberies
- Fuel spills greater than five gallons
- Fuel spills that flow off site, enter storm drain, water way, or soil
- Property damage
- Business disruptions (construction, water/electricity problems, etc.)
- Media
- Federal/State agency inspections
- Passed or Failed liquor/cigarette sting
- Failed in stock audit
- Received Notice of Violation or Notice to Comply from Federal/State Agencies or Local Health Departments
- Any unsafe or hazardous condition or activity

The above items are only a few of the things to which the 5 Minute Rule applies. If there are any other disturbances, police involvement or events on or adjacent to the property of an unusual nature the 5 Minute Rule is to be followed – no matter how large or small. If an emergency occurs, handle the immediate situation first, follow the 5 Minute Rule guidelines and call each person listed on the 5 Minute Rule Contact sheet to inform them of the emergency. For additional details, reference the 5 minute rule matrix for your Store.

## INJURIES ON THE JOB

Regardless of the severity or nature, all work-related injuries and illnesses as well as near misses must be reported to your Store Manager, Market Manager or immediate supervisor immediately.

An incident report must be completed via the RINs system for all incident/illness. Any Employee who sustains or contributes to a work-related accident or injury will be required to submit to a post-accident drug test, unless prohibited by law. The Store Manager, and Market Manager or your immediate supervisor also must be contacted immediately.

## WORKPLACE SAFETY

In the interest of everyone's health and safety, certain safety rules must be observed. We must all work safely to avoid injury to ourselves, our co-workers, our vendors, and our customers.

- 2 Foot Rule – Prevent slips and falls. Nothing should be stacked, stored or staged lower than 2 ft. This includes low stacks of product, empty trash, boxes and equipment.
- 5 Foot Rule – Prevent strains and sprains. Nothing should be stacked higher than 5 ft. This includes milk crates, soda shells, BIB's, any and all product. A stepstool must be used to access product stored on shelving higher than 5 ft.
- Absolutely no horseplay is allowed.
- To avoid slips and falls, move carefully in cooler and freezer areas - floors may be wet.
- To avoid serious cuts or injuries, use the protective shield guard, wear slicer safety gloves and use designated slicer brush when cleaning or sharpening the slicer.
- To avoid electrical shock, all equipment is to be turned off and unplugged while being cleaned or repaired.
- To avoid back injury, seek help in lifting large or heavy objects - lift with your legs, not your back. Use the two-wheeled dolly or milk dolly to transport loads. Lighten the load whenever possible.

15

CircleK0000240

- Outside work/activities may not be conducted during late night hours (e.g.: emptying trash, sweeping the parking lot and cleaning the gas pumps, etc.).
- Keep a separate waste receptacle specifically labeled for broken glass and discarded tins.
- Make all reasonable attempts to remove litter, snow, oil spills, etc. immediately from walkways, ramps, parking areas and fueling areas.
- Store sharp knives, safety cutters and carton openers in a designated area where blades and sharp points can be easily identified.
- To avoid fire and/or electrical shock, do not use extension cords.
- To avoid fire, store papers in cool, well ventilated areas.
- Report an unsafe condition to your store manager/Market Manager immediately.
- Mop up spills immediately.
- Use the "wet floor" warning cone to remind customers and employees when the floor is wet.
- Always report any injury immediately to your store's Manager and Market Manager – follow the 5 Minute Rule!
- All employees will be subject to operational audits at any time during their shift. If during one of these audits a drawer is found to be short or over by more than $2.00, a warning may be issued. A second offense may result in immediate discharge. Any discrepancy over $10.00 may result in dismissal without prior warning.
- At no time will any cash be left outside the safe or register. Cash register operating funds must be kept to a minimum and may not exceed stated policy at any time. Safe drops will be made at regular intervals. The employee also must fill out the drop section of the shift report. The register must be locked when unattended. The safe must be kept locked at all times.
- Always use appropriate tools, ladders, stools, etc. Never use milk crates or other items instead of a ladder or stool.
- For additional safety information, refer to you Division training materials. Duty to Warn Guideline: Any employee who hears of a threat or implied threat being made to a company facility or employee must report that information to his/her Market Manager, Department Manager, or Regional Director of Operations immediately.

**NOTE:** For the safety and security of our employees and customers as well as for the protection of company assets, stores may be equipped with audio/video surveillance and alarms. Tampering with, disabling or altering any security or surveillance device, camera or alarm may result in disciplinary action, which could result in termination of employment. This may include but is not limited to the unplugging of any recording device, cameras or alarm, moving, covering or altering the image or view of a camera, and physically destroying or disabling any camera, recording device or alarm.

## WORKPLACE SECURITY

The following areas outline recommendations and strategies for a safe and secure workplace. However, exercising good judgment, common sense, and planning can prevent most situations and inconveniences from occurring.

- Report strange and suspicious behavior on the part of other employees.
- To protect their safety, do not reveal any employee's home address and/or phone number. This information should only be given by the Human Resources Department.
- Report harassing phone calls or confrontations to your supervisor immediately.
- Do not carry excessive cash to work.
- Place wallets, purses, and tote bags in non-visible areas, away from the work area.
- Do not leave valuables visible in your vehicle while parked.
- Be aware of your surroundings when walking to and from the store. Always have your keys ready before you leave the building.
- If you ever witness a shoplifting or a robbery, do not chase or attempt to apprehend the suspect.

Cash in your register drawer is your responsibility; therefore, you should not allow a non-management employee access to your cash register drawer and you must keep cash register pin numbers/passwords confidential and not share them.

## ROBBERY PREVENTION

Store employees can reduce the risk of robbery by being constantly alert. Following are ways to make the store less attractive to robbery:

- Greet every customer as they enter the store.
- Second registers should not be used for money storage, only registers in use during a shift should have money in them.
- If a register is not actively being used on a shift (such as single coverage on overnight shift), it should be left open with

16

CircleK0000241

the drawer propped up and visible to show that it is empty. Some register versions will not allow the drawer to be left open; in that case the register must be empty and not used for storing cash or follow your specific BU practice if applicable

- Keep the back door locked and secured.
- Keep the front windows (security window) clear of displays and signs that block the view of the sales counter.
- Make sure all of the outside lights are on after dark.
- Call the police and report a suspicious person or activity.
- Trash removal and parking lot cleaning should be done during daylight hours.
- Stay inside the store during late night hours.

Robbery Prevention

- $20, $50, and $100 bills are to be dropped immediately.
- Do not hide money in envelopes, under the counter, under the drawer tray or anywhere else.
- Always lock the register when leaving the counter area.
- Drops should be made in full view of customers as needed to maintain proper cash levels.
- Money must never be on register shelf.
- Rolled coins must not be stored in register.

➢ Coin box - (Shift cash fund) – IF APPLICABLE
   o Must be locked at all times.
   o Change fund amounts cannot be changed without Market Manager and/or Director approval.

➢ Store Safe
   o Only Store Managers and Assistant Managers have keys to the safe.
   o Safe must never be left unlocked
   o Deposit must be locked in safe until taken to bank - Deposit must **NEVER** be left unattended.

**Note:  All stores with coin dispensers must follow the above cash guidelines along with the guidelines for the coin dispenser. (Contact Store Manager for coin dispenser guidelines)**

Protection of Company Assets

Every employee has a responsibility to help protect the Company's assets. The following are guidelines to help reduce the risk of loss:

- Always ask for identification before allowing access to someone to conduct repairs or service. Call your Store Manager and/or Market Manager if you have any questions or concerns before allowing access.
- No store assets including cash may be given to anyone without authorization. There are **no** situations where employees, customers or maintenance companies may be given cash for an emergency or any other situations.
- Cash must be secured in the register, in the store safe or in the bank. Cash must **never** be kept / placed in a file cabinet, counter, desk drawer, or unauthorized area.
- Never discuss cash handling, store security systems, or banking procedures with anyone outside the store. Alert your supervisor if anyone asks questions about banking or security procedures.

If A Robbery Occurs

The first priority is the safety of everyone in the store. During a robbery store employees should follow these guidelines:

- Do not panic. Stay calm and listen to the robber's instructions.
- Cooperate with the robber's demands but **don't leave the store. Do not resist or try to fight.**
- Keep your hands in view. Do not make any quick movements. **Let the robber know if there is another employee in the backroom or cooler, so the robber is not surprised if someone comes out of those areas.**
- Observe the robber's physical description but try not to stare. Try to remember the following:

   o Robber's height, build, eye color and hair color.

17

CircleK0000242

Case No. 1:22-cv-02327-NYW-STV   Document 64-3   filed 08/07/23   USDC Colorado   pg 19
of 42

- o   Note any scars, marks, tattoos, or piercings and location of each.
- o   Listen to tone of voice, statement or mannerisms.
- o   Note the type and color of clothing.
- o   Note type and color of any vehicle used and direction of travel.
- o   **Do not fight, chase, confront or pursue the suspect. Never try to use a weapon.**
- o   **Do not leave the store with the robber.**

The Robbery Prevention and Cash Handling Procedures Policy is necessary for the safety of all store employees. Failure to comply with this policy may result in disciplinary action, which could result in termination of employment.

## TELEPHONE SCAMS

**No transactions are to be made over the phone.** There are many types of fraud schemes you may be asked to conduct over the phone. Be polite, but never comply with phone requests for any type of transaction. For technical problems or updates on any machine, a real representative will already have administrative passwords and will never need to ask for yours or ask you to process a transaction to see if the terminal is working. Never run a credit card over the phone for any type of transaction. All sales must be made at store level and the customer must be present at the time of purchase. For this type of fraud, they may resort to tactics such as claiming to have a disability or ask you to run the card and someone else will pick up the product later. This is a scam. If you are ever in doubt, call your Manager. \*\*Even if you are given the Manager, Market Manager or Director's name or told you will be charged a fine for not completing, this is a scam. **Never complete any type of transaction over the phone.**

Failure to comply with the Telephone Scams Policy will subject the employee to disciplinary action, up to and including discharge.

## SMOKING/SMOKELESS TOBACCO

There is no smoking/smokeless tobacco, including the use of electronic cigarettes, in Circle K stores. Smoking only is allowed outside the store on company property as permitted by federal, state, and local law. Employees must follow these guidelines when smoking:

- Employees must never leave lit cigarettes in windowsills or on outside displays.
- Employees must stop smoking and return to the store as soon as a customer enters the property.
- Cigarettes must be extinguished in a proper container and never tossed on ground or parking lot.

This policy does not prohibit smoking or tobacco use outside during work hours. If not on break, employees who go outside to smoke are expected to perform outside job duties while doing so (e.g.: clean the lot, empty and pick-up trash, etc.). No smoking is permitted around the gasoline islands or during fuel deliveries. Time taken to smoke should be infrequent, and employees cannot allow smoking to interfere with their ability to accomplish their required job responsibilities. Abuse of time spent smoking will result in a loss of smoking or disciplinary action up to and including discharge.

## WEAPONS STATEMENT

No Circle K employee on Company time, on Company business, in Company vehicles or on Company property is permitted to possess or keep any type of weapon unless explicitly permitted under federal, state, or local law. Circle K's property includes store premises, store buildings, division and regional offices, Company-owned parking lots and garages and Company vehicles.

Statistics show that a store employee is more likely to sustain an injury when they attempt to defend themselves or prevent a crime by the use of force.

The use of force to prevent a crime is outside the scope of employment and may subject an employee to substantial personal liability. Accordingly, unless explicitly permitted under federal, state, or local law, any employee possessing or keeping any weapon on Company property will be subject to disciplinary action up to and including discharge.

"Weapons" include, but are not limited to, guns, rifles, clubs, mace, knives, razors, stun guns, numchucks or everyday objects used as weapons.

18

CircleK0000243

## ATTENDANCE

Employees who determine they will be tardy or absent from work (including leaving work early) on a particular day(s) must notify their immediate supervisor at least 7 days in advance if the absence/tardiness is foreseeable. If an absence or tardiness is not foreseeable, employees must notify their supervisor no later than 4 hours before the start of their shift, unless state laws dictates otherwise or at their earliest opportunity in emergency situations where that is not possible, .

Employees not on an approved Leave of Absence must notify their immediate supervisor daily to report their continuing absence or tardiness. Employees must speak directly with their immediate supervisor (text messaging is not an approved method of notifying your immediate supervisor, unless allowed by local law) every day they will be absent or tardy unless on an approved leave of absence.

Unexcused tardiness, absence taken without proper notice, or repetitive absences taken with proper notice will subject the employee to disciplinary action. Employees who fail to give notice to their immediate supervisor for an absence of 3 consecutive scheduled workdays will be assumed to have abandoned their position with the Company unless the absence is protected by federal, state, or local law.

Absences due to the following reasons are considered excused and are not used as a basis for discipline:
- Jury duty;
- Time off because of a subpoena or other Court-ordered obligation in a legal proceeding;
- FMLA leave;
- Absences due to a work-related injury (supported by medical documentation);
- Bereavement, military, personal, or medical leave; or
- Pre-scheduled vacation or other paid time off.

## EMPLOYEE PARKING

The parking spaces in front of our stores are reserved for our guests. Store employees and other employees visiting stores for business reasons are to park in other available spaces. Third shift employees may park closer to the store as long as visibility into the store is not blocked or limited.

Disabled parking spaces are designated for use by individuals who have disabled parking tags or permits. Employees with such tags or permits may park in those spaces. It is generally a violation of local ordinance for untagged vehicles to park in these spaces. At no time should employees park or block gas islands in an attempt to control gas drive offs.

## ALCOHOL / DRUGS

Consumption of or being under the influence of alcohol or illegal drugs by an employee on company premises during working hours or while performing Company duties is prohibited. Consumption of or being under the influence of alcohol or illegal drugs by an employee in a Company leased vehicle at any time is prohibited. Any drug or alcohol use that results in impairment of the employee during working hours is also prohibited. These prohibitions include prescription drugs possessed or used in a manner inconsistent with the prescription and the abuse of over-the-counter medications. In addition, the personal possession, sale, negotiation for sale, or transfer of alcohol, illegal drugs, prescription drugs, or drug paraphernalia on Circle K's premises is prohibited. Violation of these policies will result in disciplinary action up to and including discharge.

Employees who are taking a legally prescribed medication that could impact workplace safety must notify their immediate supervisor. Effects from the medication are typically noted as warnings and limitations on the medicine container label or the package insert or are explained by a physician or pharmacist, but the Employee is responsible for investigating any potential impact on workplace safety medications potentially could have. Depending on the circumstances, accommodations may be made, including but not limited to temporary reassignment, duty restriction, or time off.

Any Employee who sustains or contributes to a work-related accident, injury, or near miss will be required to submit to a post-accident drug and alcohol test unless prohibited by law.

Employees testing positive on a screen for illegal drugs will be discharged. Employees who switch, tamper with, or attempt to switch or tamper with any screening test or sample will be discharged. Employees who refuse to submit to a lawful drug or alcohol test as required by Company policy or cooperate with any of these procedures will face disciplinary action up to and including discharge.

Any employee who violates this policy will be subject to appropriate disciplinary action up to and including discharge. Any employee having knowledge of others violating this policy must report it to their immediate supervisor or Regional Director of Operations.

19

CircleK0000244

## THEFT

Theft of Circle K's property or that of other employees, vendors, or customers will not be tolerated and may lead to criminal prosecution. Employees should not attempt to remove any article of Circle K's property, including but not limited to documents, equipment, etc. without proper advance authorization. Any employee violating this policy will be subject to disciplinary action up to and including discharge.

Any employee having knowledge of the violation of this policy must contact their immediate supervisor or their Regional Director of Operations.

## DISORDERLY CONDUCT / INSUBORDINATION / VERBAL ABUSE / FIGHTING

Fighting or any physical action by one employee against other employees or non-employees such as customers, contractors, and/or vendors on Company premises will not be tolerated. Such behavior is grounds for disciplinary action up to and including termination.

Insubordination (refusing to follow direction from superior) is grounds for disciplinary action up to and including discharge. Threatening harm to customers or other employees, or using abusive or profane language in violation of the Company's Anti-Harassment Policy, also are grounds for disciplinary action up to and including discharge.

Any employee who engages in rowdiness, throwing of objects, or similar disorderly conduct subjects himself/herself and others to potential dangers and disrupts the workplace. Such behavior is grounds for disciplinary action up to and including discharge.

[The Rest of This Page is Intentionally Left Blank]

20

Uniform And Image Policy

## REGULAR STORE

# What are you wearing? Let's MAKE IT EASY.

## First Impression

Your Circle K uniform is a tool to help you look smart, professional and appealing when meeting customers. Wearing the uniform appropriately and projecting a trustworthy image of cleanliness and competence are particularly important when it comes to successfully promoting and delivering our fast and friendly service.

### Cover Me!
Polo and "Oxford" shirts are the most visible elements of your Circle K uniform. They may be worn "un-tucked", but only if they are long enough. No skin should be exposed around your middle, even when you are bending or stretching.

### Face Mask
We want you to stay healthy. Face masks are an acceptable part of your Circle K Uniform Circle K Uniform. You have the option to wear a face mask provided by the company or you may elect to wear a face mask with solid colors or patterns only. Face masks with lettering are not allowed. Team logoed face masks may be allowed at BU discretion.

### Your Pants - you choose!
You must ensure your pants or shorts are a solid plain black or khaki color. Black and Blue denim jeans are acceptable only if they are not all "washed out". Shorts must be black or khaki color, not be too short and should be fingertip length when your arms are placed by your side. Pants and shorts that have too low a waistline, that have holes or that are too baggy are not allowed.





### On Your Feet!
We want you to be on the go, looking after your customers all day - so safety and comfort are at the top of the list when it comes to your footwear. Choose black, dark gray or dark blue shoes that are supportive and comfortable. They must be clean, with solid soles. Any laces must always be securely tied. Never wear open-toed footwear at work.

### Who Are You?
Your name badge must be worn and visible at all times (except during short periods when you may be wearing task- or weather-related coats or coveralls).



21

### You're Beautiful, Naturally
We want our customers to focus on you, not on your hair, cosmetics, tattoos or piercings.

### Keep it Clean
Both you and your uniform need to be fresh and clean, every day. Before working with food, make sure you know and follow all the relevant hygiene and food safety requirements - and always, always wash your hands! Your hair should be clean, neat and tidy. In food preparation areas your hair should be securely clipped, tied or bound back if it is long.
Your fingernails must be kept clean and trimmed. In food preparation areas nails must be without polish, artificial nails (including acrylics, gels and silks) and false eyelashes are not allowed.
Your perfume or cologne shouldn't be too strong or bring tears to anyone's eyes!



### Bling is Not the Thing!
The only jewelry you can wear at work is a plain wedding band or engagement ring and with these you must use one-time gloves at all times in the food preparation zone. Other rings, bracelet or necklaces and so on must be left at home



### Tattoos, Piercings = OK!
Your tattoos can say a lot about you and are permitted, so long as they don't use inappropriate language or make offensive statements. They must not be on your face. The only visible piercings we can allow are small, discreet earrings, nose and tongue studs (not rings - and those only if they do not conflict with your local food safety rules or regulations.



Complying with these standards is the least you can do. You must always comply with all locally applicable food safety and hygiene rules, regulations, statutes, bye-laws, measures, standards, acts, bills, ordinances, prescriptions, decrees, edicts, precepts, injunctions, judgements, dictates, proclamations or other legislation. We celebrate diversity, religious attire can be worn according to local practice and regulation.



Take it easy



## FOODSERVICE STORES

# What are you wearing? Let's MAKE IT EASY.

## First Impressions

Your Circle K uniform is a tool to help you look smart, professional and appealing when meeting customers. Wearing the uniform appropriately and projecting a trustworthy image of cleanliness and competence are particularly important when it comes to successfully promoting and delivering our fast and friendly service.

### Cover Me!

Polo and "Oxford" shirts are the most visible elements of your Circle K uniform. They may be worn "un-tucked", but only if they are long enough. No skin should be exposed around your middle, even when you are bending or stretching. In food preparation areas you must at all times wear the provided apron and caps.

### Face Mask

We want you to stay healthy. Face masks are an acceptable part of your Circle K Uniform Circle K Uniform. You have the option to wear a face mask provided by the company or you may elect to wear a face mask with solid colors or patterns only. Face masks with lettering are not allowed. Team logoed face masks may be allowed at BU discretion.

### Your Pants - you choose!

You must ensure your pants or shorts are a solid plain black or khaki color. Black and Blue denim jeans are acceptable only if they are not all "washed out". Shorts must be black or khaki color, not be too short and should be fingertip length when your arms are placed by your side. Pants and shorts that have too low a waistline, that have holes or that are too baggy are not allowed.



  

### On Your Feet!

We want you to be on the go, looking after your customers all day - so safety and comfort are at the top of the list when it comes to your footwear. Choose black, dark gray or dark blue shoes that are supportive and comfortable. They must be clean, with solid soles. Any laces must always be securely tied. Never wear open-toed footwear at work.

### Who Are You?

Your name badge must be worn and visible at all times (except during short periods when you may be wearing task- or weather-related coats or coveralls).



### You're Beautiful, Naturally

We want our customers to focus on you, not on your hair, cosmetics, tattoos or piercings.

### Keep It Clean

Both you and your uniform need to be fresh and clean, every day. Before working with food, make sure you know and follow all the relevant hygiene and food safety requirements - and always, always wash your hands! Your hair should be clean, neat and tidy. In food preparation areas your hair should be securely clipped, tied or bound back if it is long.

Your fingernails must be kept clean and trimmed. In food preparation areas nails must be without polish, artificial nails (including acrylics, gels and silks) and false eyelashes are not allowed.
Your perfume or cologne shouldn't be too strong or bring tears to anyone's eyes!



### Bling is Not the Thing!

The only jewelry you can wear at work is a plain wedding band or engagement ring and with these you must use one-time gloves at all times in the food preparation zone. Other rings, bracelet or necklaces and so on must be left at home



### Tattoos, Piercings = OK!

Your tattoos can say a lot about you and are permitted, so long as they don't use inappropriate language or make offensive statements. They must not be on your face. The only visible piercings we can allow are small, discreet earrings, nose and tongue studs (not rings - and those only if they do not conflict with your local food safety rules or regulations.



Complying with these standards is the least you can do. You must always comply with all locally-applicable food safety and hygiene rules, regulations, statutes, bye-laws, measures, standards, acts, bills, ordinances, prescriptions, decrees, edicts, precepts, injunctions, judgements, dictates, proclamations or other legislation. We celebrate diversity, religious attire can be worn according to local practice and regulation.



*Take it easy*



QSR Employees ONLY: Must follow the approved QSR Franchise uniform and image policies and applicable health and sanitation requirements. Food handler's gloves must be worn, following health and sanitation requirements.

Uniform Violations and Personal Image Violations: Any employee who does not meet all of the requirements listed above will be subject to performance coaching up to and including discharge.

For additional and/or specific Uniform and Image policy information, please contact your Store Manager or Market Manager.

The Division VP and/or Director of Operations must approve any alterations and/or exceptions to the Uniform and Image Policy. The Company is committed to providing reasonable accommodation for disabilities and religious beliefs unless doing so creates undue hardship, so if you need accommodation or exceptions to this policy please submit a written request to Human Resources.

## Support Staff in our Store Support Centers

We want employees to maintain a neat and clean appearance that is appropriate for the workplace setting and for the work being performed. Dress for Your Day allows employees to have options and flexibility, Dress for the Day means dress appropriately for your daily work environment. That means you can wear more casual attire depending on your responsibilities and interactions for the day, while still projecting a positive and professional image.

If you have to an important meeting, or the office has executive level guests, you may want to dress in business attire. If you're catching up on things at the office and working away at your desk, maybe jeans or business-casual attire would be more comfortable. The choice is yours.

**Examples of Acceptable Attire:**
- Casual and dress blouses, all fabrics except sheer
- Casual, dress or golf shirts and sweaters
- Casual dresses and skirts of appropriate length
  - Must at least be at fingertip in length when arms are placed by your side
- Loafers, flats, dress shoes, dress sandals, boots, dress heels
- Dockers style, khakis, corduroy, jeans, dressy capris, dress pants (must be clean and free of rips, tears and fraying; may not be excessively tight or revealing)
- Athletic shoes (with no holes) may be worn on Fridays

**Examples of Unacceptable Attire:**
- Hats or caps
- Athletic, yoga, leggings or workout attire of any type
- Sweatshirts, theme shirts, sports teams, and logoed shirts (non - Circle K)
- Bare shoulders or midriffs, sheer fabrics, tank-style tops
- Beach flip-flops (rubber), slippers, athletic shoes (athletic shoes are allowed on Friday)
- Short or revealing items like sundresses
- Sweatpants, shorts, overalls
- Extreme hair color and/or hairstyles are not acceptable
- Visible body piercing and facial tattoos are not acceptable

Any support staff members who does not meet all of the requirements listed above will be subject to performance coaching by their immediate supervisor.

23

Confidential                                                                 CircleK0000248

# FAMILY AND MEDICAL LEAVE

The Family Medical Leave Act (FMLA) is a federal law which entitles eligible employees to take up to twelve (12) weeks of unpaid, job-protected leave within a 12-month period for specified family and medical reasons. Family Care and Medical Leaves are without pay.

## I.    EMPLOYEE ELIGIBILITY

To be eligible for FMLA benefits, an employee must have:
- A qualifying event;
- Worked for a covered employer for a total of twelve (12) months;
- Worked at least one thousand two hundred fifty (1,250) hours during the twelve (12) months immediately preceding the leave request; and;
- Worked at a location in the United States where at least fifty (50) employees are employed by the employer within seventy-five (75) miles.

## II.    LEAVE ENTITLEMENT

A covered employee is eligible for up to a total of twelve (12) work weeks of unpaid Family Medical Leave during a 12-month period for the following reasons:

- Birth of a child or placement of a child for adoption or foster care;
- To bond with a child (leave must be taken within 1 year of the child's birth or placement);
- To care for the employee's spouse, child under 18 years old or 18 and over that is incapable of self care, or parent with a serious health condition (this does not include in-laws);
- The employee's own qualifying serious health condition that makes the employee unable to perform his/her job; or
- Because of any qualifying exigency arising out of the fact that the employee's spouse, son (of any age), daughter (of any age) or parent, defined as a covered military member, is on active duty (or has been notified of an impending call or order to active duty) in the National Guard or Reserves or is a retired member of the Armed Forces or Reserves and has been notified of an impending call or order to active duty in support of a contingency operation (See Military Leave policy #4.10 for additional details).

**Military Caregiver Leave:** A qualifying employee may also me entitled to 26 weeks of unpaid leave to care for a covered service member during a single 12-month period. A covered service member is: (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five-year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran, who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness. (See Military Leave policy #4.10 for more details).

When both spouses are employed by the same employer, they are limited in the amount of family leave they may take for the birth of a child, child bonding, placement for adoption or foster care, or to care for a parent who has a serious health condition to a combined total of twelve (12) weeks (or twenty-six weeks if leave to care for a covered service member with a serious injury or illness is also used). Leave for the birth of a child, child bonding, placement for adoption or foster care, must conclude within twelve (12) months of the birth or placement.

**Intermittent Leave:** Under some circumstances, employees may take FMLA leave intermittently in separate blocks of time for a single qualifying reason or on a reduced leave schedule. When leave is needed for planned medical treatment, the employee must make a reasonable effort to schedule treatment so as not disrupt the employer's business operations. If the FMLA leave is for the birth, adoption or foster placement of a child, use of intermittent or reduced schedule leave requires the employer's approval. The Company retains the discretion to temporarily transfer the employee to an alternative position, with equivalent pay and benefits, that better accommodates the employee's leave schedule.

Employees taking intermittent leave must follow the Company's standard call-in procedures absent unusual circumstances. In addition, employees taking intermittent leave must report each full or partial leave day to Human Resources on a daily basis and within 24 hours of taking leave.

24

CircleK0000249

Any vacation, sick leave, paid time off (PTO) or any other type of paid leave will run concurrently with FMLA leave. All such payments will be coordinated with any state disability, company disability, Workers' Compensation or other wage reimbursement benefits for which the employee may be eligible. At no time shall an employee receive a greater total payment than the employee's regular salary.

**Leave Year:** The leave year within which an eligible employee may take his or her FMLA-protected leave is a rolling calendar year (i.e., the 12-month period beginning on the date the employee first takes leave for any of the reasons set forth previously rolling backwards twelve months).

**Serious Health Condition:** A serious health condition is defined under FMLA as an illness, injury, impairment, or physical or mental condition that involves 1) either an overnight stay in a medical care facility; or 2) continuing treatment by a health care provider for a condition that either prevents the employee from performing the essential functions of the employee's job.

## III.   MAINTENANCE OF HEALTH BENEFITS

During FMLA leave, the Company will maintain the employee's health coverage under any group health plan on the same terms as if the employee had continued to be actively working. However, the employee remains responsible for his or her share of any premiums for those health benefits as if actively working. Failure to pay such premiums during the leave may result in the loss of health coverage during the FMLA leave of absence. In some instances, if an employee fails to return to work following an approved FMLA leave, the employer, at its discretion, may seek to recover that portion of health care premiums that had been paid to maintain health coverage for the employee. When the employee fails to return to work following his/her FMLA leave, the company's obligation to maintain group health benefits ends subject to applicable Consolidated Omnibus Budget Reconciliation Act (COBRA) rights.

## IV.   JOB RESTORATION

Upon return from FMLA leave, employees will be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms, unless they would no longer have been employed in such a position had they not taken such leave, such as store closure or elimination of that position. Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave; however, employees will not accrue benefits (such as vacation time) or seniority during FMLA leave. An employee has no greater right to restoration or to other benefits and conditions of employment than if the employee had been continuously employed.

If an employee needs additional leave beyond the expiration of his/her job protected FMLA LOA, the employee will need to provide an updated medical certification, so the Company can determine whether it can provide any additional leave.

## V.   NOTICE AND CERTIFICATION

**NOTICE:** If the leave is foreseeable, the employee must provide at least thirty (30) days advance notice. If circumstances prevent the employee from providing the thirty (30) days advance notice, then the employee should provide as much notice as possible and generally must comply with the Company's normal call-in procedures. FMLA leave can be initiated through the Time Off/Request Leave feature of Workday or by contacting the Circle K Employee Service Center at HRSOLVE or (877) 477-6583. Employees must complete the Family Medical Leave Application and provide sufficient information for Circle K to reasonably determine whether the FMLA may apply to the leave request. Depending on the situation, such information may include that the employee is incapacitated and is unable to perform the essential functions of his/her job, and/or that the employee or employee's qualifying family member is under the continuing care of a health care provider. Other types of documentation may include documents necessary to establish a relationship between the employee and his/her family member or other sufficient documentation for a request for Military Exigent or Caregiver leave.

If an employee fails to give the required notice for foreseeable leave without reasonable excuse, the employee may be denied the taking of leave until the employee provides adequate notice of need for the leave.

Once the Company becomes aware that an employee's need for leave is for a reason that may qualify under FMLA, the Company will notify the employee if he or she is eligible for FMLA leave and, if eligible, will also provide a notice of rights and responsibilities under the FMLA.

**CERTIFICATION:** Circle K requires that an employee's request for leave due to a serious health condition affecting the employee or a covered family member be supported by the Certification of Health Care Provider form. See Section VII below.

Certification must be provided within fifteen (15) calendar days of the date of request. Failure to provide this certification may result in delay or denial of FMLA until such certification is provided. A certification must be completed by a health care provider and include

25

the start date of employee's disability, the probable duration of disability and medical facts supporting the employee's inability to perform the essential duties of his/her position.

The Company may require, at its expense, that an employee obtain a second opinion from a healthcare provider designated by the Company. If there is a conflict between the medical opinions, the Company may also require a third opinion by a healthcare provider, designated jointly by the Company and the Employee and paid for by the Company. The opinion provided by the third healthcare provider will be final.

Employees may also be required to provide recertification from their healthcare provider, at employee expense, (including for intermittent leave) on a reasonable basis, but no more frequently than every thirty (30) days, or the minimum duration of their incapacity or treatment, whichever is greater. The Company may also require recertification in less than 30 days if:

1. The employee requests an extension of leave;
2. The circumstances of the original certification change significantly; or
3. The Company receives information that casts doubt upon the continuing validity of the most recent certification.

**Incomplete Certifications/Authentication:** If the certification is incomplete, the Company will notify employee in writing regarding what additional information is required. The employee will have seven (7) days from the time s/he receives the request to provide a complete certification. Should the employee fail to provide a complete and sufficient certification, the Company may delay or deny the requested FMLA leave. The Company may also contact the employee's healthcare provider to clarify or authenticate a medical certification.

**Return to Work:** Employees returning from a FMLA leave due to their own serious health condition will be required to provide a Certification of Employee's Fitness for Duty form at the end of the FMLA leave. See Section VII, Procedures below.

For further clarification of FMLA an employee should contact the Circle K Employee Service Center, see Section VII below or contact his/her local Human Resource Manager.

## VI.    PROCEDURES

The following steps should be taken to initiate a leave of absence under the Family Medical Leave Act (FMLA):

1. Request a leave at least thirty (30) days in advance, or as soon as possible, online by logging into workday at www.workday.circlek.com and select the 'request a leave' button under the time off applet. To login to workday you will need your employee ID number. If you do not have access to the internet, you can request an application for FMLA by calling HRSOLVE at 1-877-477-6583 (HRSOLVE).
2. Complete and return the Family Medical Leave Application, which must include the Certification of Health Care Provider form. These forms can be uploaded to workday, faxed or sent electronically as an email attachment to your LOA Specialist.

Activities while on an approved Leave:

1. An employee (or a designated individual) is expected to stay in contact with his/her LOA Specialist by providing updates on the need for continued leave, whenever appropriate.
2. If an employee's leave is extended beyond his/her initial expected return to work date, the employee (or a designated individual) must provide an updated Certification of Health Care Provider form.
3. Request a Certification of Employee's Fitness for Duty form once the medical provider has released the employee to return to work.
4. An employee must continue to pay his/her portion of benefit premiums while on approved leave of absence or the employee's benefits will be cancelled for non-payment.

Regardless of the leave policy being used, an employee who submits false information to the Company (whether orally or in writing) to obtain or continue any leave of absence-whether FMLA or other leave, provided by the Company, may be subject to disciplinary action, up to and including termination.

Employees on any leave of absence, except Military Leave (See 4.10), may not work for another employer or provide services to another individual or Company during the leave of absence period. Employees on any type of leave of absence are further prohibited from acting in a manner inconsistent with their need or justification for leave. A violation of this provision may subject the employee to disciplinary action, up to and including termination.

26

CircleK0000251

## Military Leave

### POLICY

A military leave of absence will be granted to employees who are absent from work because of duty in the U.S. uniformed services in accordance with the Uniformed Services Employment and Reemployment Rights Act (USERRA). Advance notice of military service is required, unless military necessity prevents such notice, or it is otherwise impossible or unreasonable.

In addition, under certain conditions, an eligible military family member may also be eligible for a Leave of Absence under the Family and Medical Leave Act.

### ELIGIBILITY

- o Military Active Duty - Employees who voluntarily enlist for active military service for a single enlistment will be granted military leave for a maximum of five (5) years, except as provided under USERRA. Upon completion of the military service, the employee must be restored to his/her previous position and benefits s/he would have attained if s/he had not been absent due to military service or, in some cases, a comparable position, provided the employee:
  - received an honorable discharge;
  - applies for reinstatement no later than the applicable time period after completion of service; and
  - is still qualified to perform pre-service duties with "reasonable efforts" made by the Company to qualify the employee. "Reasonable efforts" means actions, including training, that do not cause undue hardship to the Company.

- o Military Reserve or Call-up Duty - Employees who are called to duty for training or emergency service in any of the branches of the Reserve Forces or the National Guard are eligible for military leave. Upon completion of the training or emergency service, the employee will be restored to his/her previous position or a comparable position in accordance with USERRA and any applicable state statute.
  - Upon presentation of satisfactory military pay verification data, employees will be paid the difference between their normal base compensation and the pay (excluding expense pay) received while on military duty for up to:
    - fifteen (15) working days for training assignments; and
    - sixty (60) working days during emergency service.
  - The decision whether the employee is entitled to pay will be determined at the time the leave is requested from the HR Employee Service Center based on a comparison of
    - the military pay the employee will receive based on rank; and
    - the amount the employee would receive from his/her salary.

- o Military Family Leave
  - Exigency Leave – Eligible employees who are the spouse, parent, son or daughter of an active military member may take up to twelve (12) workweeks of unpaid leave for any qualifying exigency arising out of the fact the individual is a member of the Armed Forces (including National Guard or Reserves) on covered active duty or notified of an impending call or order to active duty.
  - Caregiver Leave – Eligible employees may take up to twenty-six (26) workweeks of unpaid leave to care for a spouse, son (of any age), daughter (of any age), parent, or next of kin who is a current member of the Armed Forces (including a member of the National Guard or Reserves) and who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious illness or injury.

Employees should contact the Circle K Benefits Department and reference the Company's FMLA Policy for more details regarding Military Family Leave.

### PROCEDURES

- Employees who require military leave must provide advance notice for all military duty as far as in advance as is reasonable under the circumstances, unless military necessity prevents such notice, or it is otherwise impossible or unreasonable. Where

27

CircleK0000252

feasible, the Company requires Employees to present appropriate military orders.

- Except as otherwise provided herein, military leave is unpaid. Employees are able (but are not required) to use accrued vacation or annual leave while performing military duty. Vacation, sick leave, and holiday benefits will continue to accrue during a military leave of absence, in accordance with Company policies.
- Continuation of health insurance benefits for up to 24 months, is available as required by USERRA based on the length of the leave and subject to the terms, conditions and limitations of the applicable plans for which the employee is otherwise eligible. Contact the HR Employee Service Center at 1- 888-HR-SOLVE for detailed information.
- Employees on military leave for up to thirty (30) days are required to return to work for the first regularly scheduled shift after the end of service, allowing reasonable travel time. Employees from leave must provide documentation of their military service.
- Employees on military leave for thirty-one (31) days or more, but less than 181 days, must submit an application for reemployment within 14 days after release from service.
- Employees on military leave for 181 days or more, must submit an application for reemployment no later than ninety (90) days after from service.
- Employees returning from military leave will be placed in the position they would have attained had they remained continuously employed or a comparable one depending on the length of military service in accordance with USERRA. They will be treated as though they were continuously employed for purposes of determining benefits based on length of service.
- Contact the HR Employee Service Center at 1-888-HR-SOLVE for more information or questions about military leave.

## LACTATION SUPPORT IN THE WORKPLACE

The Company supports nursing mothers and complies with all applicable laws regarding lactation support in the workplace. Should you need assistance in this regard, contact your HR Department for your Division.

## BENEFIT PROGRAM PARTICIPATION

The Company provides a group health insurance plan. An eligible employee may apply for group health insurance after meeting the service requirements specified in the Plan. For more information about eligibility and other benefits issues, contact the Benefits Department at 888 – HRSOLVE, hrsolve@circlek.com, or review in Workday

### 401(k) PLAN

Circle K offers a 401(k) plan that allows employees to save money on a tax-deferred basis (subject to the provisions of current law such as federal and state income tax laws). Employee contributions will be made through automatic payroll deduction. For more information, contact the Benefits Department at 888 – HRSOLVE, hrsolve@circlek.com, or review in Workday

### STOCK PURCHASE PLAN

Circle K offers a Stock Purchase Plan to Store Managers, QSR Supervisors, and MITs. For more information, contact the Benefits Department at hrsolve@circlek.com or review in Workday

### EMPLOYEE SAVINGS PLAN

Circle K offers the benefit of an Employee Savings Plan. For additional information contact the Payroll Department at payroll@circlek.com or review in Workday

### TUITION REIMBURSEMENT

Circle K offers a tuition reimbursement benefit. Courses eligible for reimbursement must be business related, related to existing job responsibilities, or required for a job related degree program. Courses fully covered by scholarships, grants, G.I. Bills, or other programs are not reimbursable. Courses partially covered by scholarships, grants, G.I. Bills, or other programs are reimbursable only for the amount not covered. Please contact the Benefits Department or review in Workday.

28

CircleK0000253

## JURY DUTY

Employees who must miss work to serve on a jury must notify their immediate supervisor immediately. A statement from the Clerk of Courts or similar evidence of Jury Duty is required to account for this type of absence and in order to be eligible for paid time off work. Pay while on jury duty will be regular weekly wages, minus amounts received for jury pay, and this benefit is limited to a maximum of four (4) weeks total pay per calendar year. Proof of jury service and amounts paid must be provided. Jury duty pay does not count as time worked for the purpose of computing overtime. For more specific information, contact HRSOLVE at hrsolve@circlek.com or 1-888-HRSOLVE or your Market Manager/immediate Supervisor.

## MILITARY LEAVE

The Company complies with the Uniform Services Employment and Reemployment Rights Act (USERRA) and applicable state law pertaining to military leave. Employees who are required to fulfill military obligations in any branch of the Armed Forces of the United States or in state military service will be given the necessary time off and reinstated in accordance with applicable law. Accrued vacation may be used for this leave if the employee chooses. Military orders should be presented to Human Resources and arrangements for leave made as early as possible before departure. No attempt is made in this policy to cover all possible situations and circumstances that may arise in connection with the military service of an employee. Therefore, as military leave situations arise, employees should contact the Benefits Department at 877-324-7968 option 7 for complete details regarding their military leave rights.

Employees do not accrue vacation or sick days while on a military leave of absence status.

## BEREAVEMENT LEAVE

In the case of a death in the immediate family, employees will be granted a maximum of three days with pay if scheduled to work, following the death for the emergency. "Immediate family" includes current spouse, domestic partner, children, father, mother, brothers, sisters, grandparents, and grandchildren. Immediate family also includes current in-laws and step-relatives for these same degrees.  Pay is based on normal scheduled hours per day and regular hourly rates. The Company may require appropriate documentation of the need for bereavement leave.

If you desire to take an extended bereavement leave of absence without pay in excess of 3 days, you must request it through your Market Manager/immediate supervisor. For more information, contact HRSOLVE at hrsolve@circlek.com or 1-888-HRSOLVE or your Market Manager/immediate Supervisor.

## HOLIDAY PAY

Circle K recognizes six paid holidays. Hourly employees who actually work the following holiday hours will be paid 1-1/2 times their normal hourly rate for holiday hours worked.

| | |
|---|---|
| Memorial Day | Thanksgiving Day |
| Independence Day (4th of July) | Christmas |
| Labor Day | New Year's |

Store Managers, MITs and QSR Supervisors will receive the above holidays off with pay provided their store is properly staffed to maintain excellent customer service.

## SICK DAYS / PERSONAL DAYS

Store Managers, QSR Supervisors, MITs are entitled to a maximum of seven (7) paid sick/personal days in a calendar year. New Store Managers, QSR Supervisors and MIT's will be eligible for one personal/sick day for every 45 days of active employment up to 7 total in the year. State and Local laws may allow for differing amounts of accruing of paid sick time and will take precedence. Once an employee resigns/is given a discharge notice, they are no longer eligible to use paid sick/personal days, unless required by law.

If an eligible employee must be absent, they must notify their Market Manager at least 7 days in advance if the absence is foreseeable.  If an absence is not foreseeable, they must notify their Market Manager at least 4 hours before the start of their workday, unless state laws dictates otherwise.

29

Confidential

If an eligible employee uses more than 3 consecutive days for an illness, the employee may be required to furnish a return to work statement from his or her attending physician in order to return to work.

Sick/personal time is not intended to create additional or extended vacation time. Sick/personal days do not accumulate from year to year, unless required by local laws. Sick/personal day pay will not be paid in lieu of time off or upon ending of employment, unless state laws dictates otherwise.

## VACATION

Circle K recognizes the importance of vacation time in providing the opportunity for rest, recreation and personal activities and it provides annual paid vacations to eligible employees. See the benefits guide of vacation policy for details, which can be found on InnerCircle.

## PERFORMANCE EVALUATIONS / STEP LEVEL PAY INCREASES / PROMOTIONS / TRANSFERS

All store employees will have ongoing conversations with their supervisor to provide feedback on their skills, strengths and development/training needs and to ensure that there is a good understanding of our business objectives. The goal of these conversations is to ensure that employees' initial experience with the company is as positive as possible and to provide a comfortable, open forum to discuss any open issues and answer questions.

These performance conversations will take place at 30, 60, and 90 days as well as throughout each employee's employment.

Customer Service Representatives, QSR Customer Service Representatives and Assistant Store Managers will be eligible for increases in their base hourly rate of pay at the following intervals provided that they have successfully completed all of their required training:
1. 90 days after they are initially hired
2. At their 1 year anniversary
3. Every 900 hours worked thereafter, as close as possible to this threshold of hours being met.

Store Managers, QSR Supervisors, and all Non Store Employees Annual performance reviews for Store Managers and all Non-Store Employees will be conducted in June every year at which time employees will be eligible for an increase in compensation.

Circle K encourages promotions from within – supporting our Growing Together EVP. In order to be eligible to apply for an open position, you must be an employee in good standing and meet the requirements for the position you desire (employee's job performance and coaching and discipline history will be taken into consideration and could disqualify an employee from promotion). An interested employee must notify their immediate supervisor of their interest in an open position.

## OVERTIME

Occasionally, employees will be required to work overtime due to business demands. However, no hourly employee is authorized to work overtime without permission from their immediate supervisor.

All non-exempt employees (QSR Supervisors, QSR Leads, Assistant Managers, Store Managers, and Customer Service Employees) who work in excess of 40 hours per week will be paid at an overtime rate of one-and-one-half (1½) times their normal hourly rate for all time worked in excess of 40 hours, unless otherwise provided by state law. Some states have special overtime rules regarding the number of hours worked per day or the number of days worked in a row. Contact your Human Resources Department for your Division if you have questions regarding the rules for your state. Jury duty, time on leave, sick/personal time, vacation time, and other paid time off will not count as hours worked for the purpose of calculating overtime. Only hours actually worked will be counted for overtime calculation purposes.

## PAY FOR TIME WORKED

Each hourly-paid employee must use the official time keeping system to record hours worked that is used to generate payroll checks. Therefore, it must be completed entirely and accurately.

All hourly employees must:

- Maintain an accurate record of all time worked through the approved timekeeping method.

30

CircleK0000255

- "Clock in" by entering their employee number on the cash register/back office computer at the precise moment they begin their workday and "clock out" by again entering their employee number on the cash register/back office computer at the precise moment they complete their job duties at the end of the work day.
- Notify the manager of their store immediately if there is a problem with their time record (e.g.: if the employee forgets to clock in or out, etc.).
- Any employee who forgets/is unable to clock in or out must leave a note regarding this issue for their store's manager as soon as possible.
- Record their clock-in and clock-out times on the Hours Log for every shift and sign the Log at the end of their scheduled workweek.
- Utilize the cash register Clock-in/Clock-out only for their own time record (it is not permissible for one Employee to clock in or out for another Employee or alter another Employee's time records).
- Unless otherwise provided by law, because of the nature of our business, paid breaks are taken as time permits on Circle K property. If a non-exempt (hourly) employee needs to leave Circle K property, the employee must (1) get advance approval for the specific break from the on-site manager; (2) clock-in and out for the break; (3) be on that approved break for at least 30 minutes; (4) not work or otherwise conduct any work-related business while on this break. Such extended breaks, which will be approved only on an occasional basis, will be UNPAID. Further, such breaks will not be approved for a lunch break or to extend a lunch break. Some states have special rules regarding meals and rest periods. Contact your Human Resources Department for your Division if you have questions regarding the rules for your state.

"Volunteer" time is not permissible - you must record all time worked. This includes any activities conducted on behalf of Circle K. No one is authorized to change this policy. If you have any information that this policy is not being followed, contact your Market Manager, immediate supervisor or Human Resources. Falsification of a time record is cause for disciplinary action up to and including termination of employment.

If, after reviewing their paycheck, an employee discovers they have been paid incorrectly (either overpaid or underpaid), they must contact the Payroll Department immediately. Failure to report an overpayment or incorrect payment is grounds for disciplinary action up to and including discharge.

## EMPLOYEE PURCHASES

All merchandise must be paid for at the established retail price, including sales tax, if applicable, at the time it is being purchased. There are to be no unauthorized employee discounts or IOUs of any kind. All merchandise including food and drinks must be paid for prior to consumption. All purchases made on current shift must be consumed on same day or taken home at the end of the shift. No purchases can be left in the store to be consumed on a later date.

Purchase of items to be used/consumed in the store:

When two employees are on duty, the co-worker MUST ring the employee's purchase prior to consumption. Two receipts must be printed; one attached to the product and one attached to the completed Consumption Log.

When only one employee is on duty, the employee must ring up their own purchase prior to consumption. Two receipts must be printed; one attached to the product and one attached to the completed Consumption Log.

All purchases made on a current shift must be consumed on the same day or taken home at the end of the shift. No purchases can be left in the store to be consumed on a later date.

Purchase of items to be used/consumed at home:

The "take home" purchases must be made after clocking-out and must be rung-up by the on-coming shift employee and handled as any other customer transaction. Items should be bagged and a receipt given to the purchaser.

When one employee is on duty and is working the last shift before the store is closing for the day, the purchase must be the last transaction on the journal tape. The receipt must be attached to the product or bag prior to leaving the store through a front door.

Purchase, sale, or gift of outdated or damaged merchandise:

Damaged or outdated merchandise may not be purchased, given to, or taken home by employees as Health Department laws prohibit this. Outdated, damaged, or spoiled merchandise must be accounted for and disposed of in a manner that renders it unusable or unfit for human consumption. The disposal should be recorded according to Company policy.

31

Confidential

Purchase of lottery tickets and money orders by employees:

An employee is prohibited from purchasing or playing lottery/lotto games or purchasing money orders while on duty. These purchases can be made before or after the purchasing employee's shift while off duty and must be rung up by another employee except where prohibited by law.

Remember:  Neither employee nor customers may order/purchase lottery tickets by telephone.

Purchase of refills on coffee, fountain and frozen beverage:

Circle K offers free refills for certain beverages ONLY to those employees in uniform while on duty – CONTACT YOUR STORE MANAGER FOR A LIST OF THESE APPROVED BEVERAGES. Two receipts must be printed; one attached to the product and one attached to the completed Consumption Log.

Free refills must be accounted for on the appropriate cash register key/PLU. Employees not clocked in to work are required to purchase drinks as any other customer does.

Rental of pre-recorded videos or video equipment:

Employees may rent videos or video equipment from their store, but only if they use their own rental card and rent the videos or equipment from another employee. The borrowing of videotapes or video equipment without paying for them is prohibited.

Any violation of this policy will be viewed as a mishandling of Company assets and may be grounds for disciplinary action up to and including immediate discharge.

## VISITOR AND VENDOR POLICY

Non-employees are only allowed on Company premises for the purpose of conducting business with the Company. All customers, vendors, friends, relatives and non-employee visitors who stay in the store longer than necessary to complete their business and make any purchases desired should be courteously advised of this policy and asked to leave. Employees who have completed their shifts and clocked out are not permitted to remain in work areas or otherwise disturb employees who are still on duty in the performance of their work. Similarly, employees may not enter or be in their work area earlier than 10 minutes prior to the start of their scheduled shift, and may not begin working until they have clocked in.

Under no circumstance may employees have friends or relatives come to work with them. Furthermore, employees may not have friends or relatives assist them in performing their job duties. Non-employees and off-duty employees are not permitted behind the counter at any time.

Vendors are important to our business. They must, however, remember that customers are our highest priority. Vendor check-ins should occur only when they do not inconvenience customers. Vendors are not permitted to be in the back stock areas unattended. Vendors are expected to be courteous to all of our employees and customers. Any failure by a vendor to treat Circle K's customers and employees in such a manner must be reported according to the Anti-Harassment Policy.

## REFERENCE CHECKS

Completing Reference Checks on Job Applicants

Store Managers will verify information listed on a job applicant's application. Misrepresentation or omission of facts on an application will be grounds for not hiring an applicant or will result in disciplinary action up to and including discharge.

Providing Reference Information on Present/Former Employees

All employment/income verifications must be sent through "The Work Number", a third party company Circle K works with to better serve the needs of those requesting verification of employment/income. The Work Number contact information: 1-800-367-5690, Employer Code – 11795 (Macs Division) or 10465 (Circle K).  You may not respond to employment reference inquiries on your own.

32

CircleK0000257

Please keep in mind that there is no such thing as making a comment "off the record."

## SOLICITATION

Solicitations seeking contributions, payments, funds or for any other reason or distributions of printed matter are not permitted on Circle K's property at any time by persons not employed at Circle K. Solicitation by any Company employees of any other employees for any purpose (e.g., for money, goods or services or to contribute to, join, or support any endeavor or project) while either the employee(s) doing the soliciting or the employee(s) being solicited is on working time is prohibited. Distribution or circulation of literature and any printed material by employees is not permitted during working time or in working areas at any time.

Non-employees are prohibited from soliciting or distributing literature on Company property at any time.

"Working time" refers to that portion of any work day during which the employee soliciting, and/or the employee being solicited is supposed to be performing any job duties. It does not include unpaid periods of time, such as meal or break periods.

"Working areas" refers to any areas of Company property where work is performed.

"Company property" includes all buildings, facilities, premises, or any areas where the Company has exclusory interests.

## LOITERING

To ensure and uphold our high standard of customer service and to preserve safety and privacy, employees must refrain from receiving visitors while on duty. Quality customer service, safety, and the work environment are compromised by loitering customers, visitors, friends, relatives, and off-duty employees, and as such are not permitted. Furthermore, non-employees and off-duty employees are not permitted behind the counter at any time.

## SALE OF AGE RESTRICTED PRODUCTS

Circle K is deeply committed to enforcing the laws and Company policies that control the sale of age – restricted products (e.g. alcoholic beverages, cigarettes, tobacco products and adult magazines) to persons who are under legal age. Each employee has a responsibility to familiarize himself/herself with the state and local laws governing their store. Failure to comply with these policies may result in immediate discharge and prosecution under state and federal laws. See your Division policy for additional details.

## FOOD STAMP/SNAP EBT CARD PURCHASES

As a convenience to our customers, Circle K accepts Food Stamps/SNAP (Supplemental Nutrition Assistance Program) EBT Cards for some purchases at our authorized locations. Customers are able to use their SNAP EBT Cards as two different "Methods of Payment" (MOP): EBT FD ST or EBT CASH (Cash Benefits). Unlike cash, Food Stamps/ SNAP EBT Cards cannot be used to purchase all items that Circle K sells in our stores, including but not limited to warm food. Food Stamps/SNAP EBT Cards may never be redeemed for cash, even at face value. Sales made using the Food Stamp/SNAP EBT Card must be refunded to the SNAP EBT Card account. If you have any questions regarding what is or is not covered, contact your Store Manager or Market Manager. Employees violating these rules and Company requirements will be subject to disciplinary action up to and including discharge.

## ANTI-MONEY LAUNDERING COMPLIANCE (US PATRIOT ACT)

It is the policy of Circle K to follow all laws related to Money Laundering. Money Laundering is an attempt to conceal or disguise the nature, location, source, ownership or control of illegally obtained money. Money laundering occurs when someone places proceeds of illegal activity into the financial system including hiding the source or purpose of money gained from or intended for illegal purposes. Money laundering does not refer only to proceeds of illegal drug sales. It includes funds that result from virtually any type of criminal activity.

The Anti-Money Laundering Law (AML) directly relates to the sale of money orders and gift cards at our stores.

Gift Card Sales
- Circle K has a strict gift card purchase cut off of **$1,000** to one person in one day.

33

Money Order Sales
- Circle K has a strict money order purchase cut off of **$2,500**. This means that you cannot sell more than **$2,500** in money orders to one customer in one day. **Note**: Circle K **only** accepts cash for money order purchases.

Suspicious Activity

Suspicious activity involves transactions that appear to be unusual or do not have any legitimate purpose. The Suspicious Activity Report (SAR-MSB) must be filed whenever one or more transactions that add up to $2,000 or more are conducted or attempted at your store involving one of our products (money orders or gift cards) **AND** you know or suspect:

- The money comes from illegal activity or is intended to conceal illegal activity.
- The transaction is intended to evade a cash transaction reporting or recordkeeping law.
- The transaction makes no business sense or does not seem to be for legal purposes.

Reporting Suspicious Activity

The law requires Circle K to report any suspicious money order purchases or gift card purchase activity. If you sell a money order in the amount of **$2,000** or more to one person in one day or over a period of days that appears to be of suspicious nature you must fill out the "Suspicious Activity Report" (SAR-MSB) and contact your Store Manager or Market Manager within 24 hours. The SAR-MSB report must be completed **without** the customer's knowledge and should include details of the sale (e.g., customer's clothing, car, or other information that might be important).

**Note**: The SAR-MSB report and AML Log is located under your store register drawer.

Failure to comply with this company policy may result in disciplinary action up to and including discharge.

## CONFLICT OF INTEREST

To ensure Circle K is held in the highest regard and further promote the distinguished standards for which our employees are known, Circle K has put into place a formalized conflict of interest policy. This will help us act with integrity and objectivity in our business dealings and avoid participation in situations in which there are conflicts of interest. Employees are required to complete Circle K's CBT Code of Conduct Module. A "conflict of interest" does not include activities protected by the National Labor Relations Act and other laws.

## OUTSIDE EMPLOYMENT / MOONLIGHTING

Employees may pursue outside employment that does not interfere with their job at Circle K, create an actual or potential conflict of interest (e.g.: working for a rival convenience store as a member of management), or negatively affect the Company's interests or reputation. Exceptions must be approved by the Director of Operations.

If an employee accepts outside employment, employment with Circle K should remain the employee's primary responsibility. Outside employment is not an excuse for poor job performance, absenteeism, tardiness, or refusal to work overtime.

## TELEPHONE USE / PERSONAL TELEPHONE CALLS / CELL PHONES

All employees must practice good telephone etiquette when using the store phone. Identify the store where you are working in a pleasant and helpful voice. The Store Manager may approve a specific greeting for the store. Be courteous and professional. Answer incoming calls promptly. Personal telephone calls and use of electronic messaging devices (including text messaging) should occur only while on breaks or clocked-out. Tell your family and friends not to call or text you during working hours except in an emergency. If you have a customer in line, politely answer the phone and ask the caller to hold while you take care of the customer in line. Telephone lines should be kept open for business, so keep all calls as short as possible. Only business long distance calls are allowed (where service is available). When using a Company phone for business reasons, employees must avoid long distance charges whenever possible (e.g.: call an alternate toll-free number). Employees are not to accept collect calls from anyone except their supervisor. Supervisors must only place collect calls in emergency situations. No personal phone calls with a fee are allowed.

Employees are prohibited from using personal cell phones during work time. During work time cell phones should be turned off or have the ringer silenced. The use of wireless ear pieces is also prohibited. Under no circumstance is a personal cell phone call to be taken in the checkout area or on the sales floor whether customers are present or not. Only during a telephone outage and in an emergency are

34

personal cell phones allowed. Employees are prohibited from using Personal Music Players during work time. During work time Personal Music Players should be turned off. Under no circumstance is a Personal Music Player to be used in the checkout area or on the sales floor whether customers are present or not. Personal Headsets are also restricted during work time. Personal Music Players include but are not limited to: radios, tape players, CD players, iPods, MP3 players, cell phones, or similar devices.

**NOTE**: Never engage in a personal call or use electronic messaging devices while waiting on a customer.

## COMPANY PROPERTY

Care for Company Property

Employees are expected to exercise care in the use of Company property and to use such property only for authorized business purposes. Negligence in the care and use of Company property will be grounds for disciplinary action up to and including discharge.

Circle K's equipment and property, including files, store paperwork, and tools are provided for work purposes only and may not be removed from the premises without written authorization from the employee's supervisor. Unauthorized removal of Circle K's equipment and property will be treated as a mishandling of Company assets will result in disciplinary action up to and including discharge.

In the interest of preventing and investigating violations of the Company Property Policy, Circle K reserves the right to inspect the contents of computerized files, desks, storage cabinets, lockers and employee work areas at any time, and to use video surveillance as it deems necessary except where prohibited by law. There is no general or specific expectation of privacy in the workplace, either on Company premises or while on duty. Assume what you do while on duty or on Company premises is not private.

Return of Company Property

Circle K's property must be kept in good condition and returned to the Company upon the Company's request or upon the employee leaving the Company.

## PERSONNEL RECORD CHANGES

If, during the course of employment, changes occur in your personal information (e.g., name, home address, home/cell telephone number, marital status, status affecting your legal right to work in the United States, emergency contact, voluntary payroll deductions, number of dependents, beneficiary designee), please update your information via Workday immediately.

## NOTICE OF RESIGNATION

Circle K asks all employees who plan to resign from the Company to provide two weeks' written notice of this intent to their immediate supervisor. However, Circle K may choose to accept the resignation immediately at its sole discretion.

Once an employee gives notice of their resignation, either verbal or written, they will no longer be eligible to use paid sick or personal time.

Any employee who terminates their employment, either voluntarily or involuntarily, forfeits any fringe benefits that are unused or unpaid, including, but not limited to, bonuses, sick days, and personal days (unless modified by state law or agreement, if any). All earned but unused vacation time will be paid at the employee's then current regular rate of pay.

## ELECTRONIC MEDIA POLICY

It is the policy of Couche-Tard, Inc, Mac's Convenience Stores Inc., Circle K Stores Inc., and Mac's Convenience Stores LLC (collectively referred to in the singular as "Circle K" or the Company") to operate on a philosophy that coworkers and others should be treated with respect at all times, including on all forms of electronic media. Electronic media includes, but is not limited to, social networking websites (e.g., Facebook, Twitter, LinkedIn, Instagram, Snapchat etc.), chat rooms, message boards, mailing lists, and web logs ("blogs").

This policy does not, in any manner, prohibit employees from discussing among themselves or others- wages, benefits, and other terms and conditions of employment or workplace matters of mutual concern that are protected by the National Labor Relations Act (NLRA).

Electronic media usage should be guarded and used appropriately. While we support our employees' use of electronic media as a vehicle

35

CircleK0000260

for social and business networking, employees are prohibited from expressing personal opinions that are maliciously false, which would adversely affect the Company and its management, employees, vendors, customers or members, either by name or by implication, using electronic media. Content placed on electronic media regarding the Company or its management, employees, vendors, customers or members must be free of any impression that the views expressed are anything more than personal opinion; in other words, such content must make clear that it does not represent the views of the Company. In addition, content placed on electronic media must not violate the Company's policies, which prohibit posting of confidential or non-confidential company information and or displaying pictures and or comments about coworkers, supervisors, or the Company that are discriminatory, violent, vulgar, obscene, threatening, intimidating, harassing, slanderous or similarly unlawful and/or violate the Company's Equal Employment Opportunity, Anti-Harassment, Confidential Information, Outside Employment, Workplace Violence, and Conduct Policies.

Examples of such conduct includes offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, color, gender, religion, sexual orientation, gender identity, age, national origin, disability, genetic information, veteran status or any other category protected by federal, state, or local law or Company policy. Employees must not post any information on or through electronic media that the Company considers to be confidential, including but not limited to trade secrets, proprietary information, and all other non-public information and data of or about the Company and its business. Trade secrets, proprietary information and non-public information and data about the Company includes information regarding the development of systems, processes, products or services, know-how, and technology. Moreover, employees' use of electronic media should not interfere with work commitments or performance.

Although not specifically prohibited, it is recommended that supervisors use caution when initiating online friendships ("friending") on social network sites with other employees who they supervise, as there may be times when a public post or comment could be misinterpreted as adversely affecting that subordinates terms and conditions of employment. The Company prohibits retaliation in any form whatsoever against any employee who declines or ignores a "friend", "connection" or "follow" request from a manager, supervisor or employee to whom they directly report.

Employees learning of electronic media that is inconsistent with the requirements of this Policy must immediately notify Human Resources. Violations of this electronic media policy may result in disciplinary action up to and including termination.

ConfidentialCircleK0000261



# STORE EXPECTATION REVIEW
## "EXPECTATIONS OF EMPLOYEES"

Welcome to our Family. Starting a new job is an important event. We want you to feel at home and become part of our team. Our employees are crucial to the success of our operations. It is our goal to provide our employees a rewarding employment opportunity. For that reason, there are several policies and procedures that you will be asked to learn and agree to follow as a condition of your at-will employment with the Company. All employees are expected to understand their personal role in maintaining a safe working environment and profitable business. Constant application of safe practices and common sense by each employee is necessary. We believe all accidents are preventable. This is the cornerstone of our safety effort.

Listed below are some (but not all) things the Company wants you to know before beginning your employment. PLEASE READ EACH PARAGRAPH – you will acknowledge that you have had an opportunity to read and fully understand these policies and procedures and that you agree to follow them.

1.  The Company has standards to maintain a work environment that is free from hazards and unsafe working conditions in order to prevent injuries to its employees and others. I agree to comply with the safety and health standards that apply to my work duties and location. I understand that prevention of occupational illnesses and injuries is a responsibility that everyone must share. My safety, and that of my co-workers and customers, is of primary importance and my help in keeping our work areas safe and clean is an essential part of my job. I understand that while working my shift there will be a video and/or audio recording of some or all of the store's operations that will include my own activities while at work (except where prohibited by federal, state, or local law).

2.  For my safety, and that of others, I agree not to fight, confront, chase, or pursue persons committing crimes on store property and understand such behavior is extremely dangerous and could result in severe injury. I understand that robberies and related crimes are possible at my store and accept that risk. In addition, I understand that it is the Company policy that I will work INSIDE the store during late night hour unless there is a safety or other emergency that requires my attention.

3.  I understand I am required to immediately report all accidents, incidents, near misses, occupational injuries or illness, unsafe practices or conditions, and violations of workplace safety to my store's Manager, Market Manager, or immediate supervisor.

4.  I understand that I must follow all safety rules and procedures. Additionally, I understand that causing or failing to report an unsafe work condition is a violation of workplace safety.

5.  I understand that I am an "at-will" employee and agree that no employment contract (actual or implied) has been entered into between the Company and me. Employment with the Company is not a fixed term or definite period and may be discharged with or without reason or cause, at any time, with or without notice, by either myself or the Company.

6.  I understand no unauthorized persons, including members of my family, are allowed behind the sales counter or in the cashier area. I have been provided with the Company's Visitor and Vendor Policy.

7.  I acknowledge that certain confidential or proprietary information (as described in the Company's Confidentiality Policy and otherwise) may come to my attention during the course of my employment with the Company. I agree that I will not use any of this information for my direct or indirect personal gain or benefit or that of any third party, which conflicts with or injures the interest of the Company and/or its affiliates. The obligation will extend beyond the term of my employment with the Company. "Confidential" or "proprietary" information does not include information concerning employment terms or working conditions to the extent that communication of such or other information is protected by the National Labor Relations Act, and this policy does not prohibit me from reporting compliance concerns with governmental agencies or otherwise participating in governmental investigations or inquiries.

8.  It is important for my safety and that of others that NO weapons (even those who possess a license to carry a concealed weapon) or dangerous objects are brought into the work area at any time unless federal, state, or local law explicitly permits otherwise. Bringing in such a weapon could result in disciplinary action up to and including immediate discharge.

9.  I understand that I am expected to report any inappropriate, suspicious or unethical behavior to a member of management. This obligation is not intended to include reports of concerted activity as defined by the National Labor Relations Act. If I have a problem or learn that a violation of company policies or law has occurred, I must contact my supervisor and/or the Human Resources Department.

37

10. It is important that we treat one another with mutual respect and welcome cultural diversity and physical differences. I understand that threatening, intimidating, harassing or coercing any employee or supervisor, profane, abusive, vulgar or insulting remarks to or about another employee are unacceptable behavior and may result in disciplinary action up to and including discharge consistent with the Company's Anti-Harassment Policy. I understand the company has a clear EEO policy that confirms its commitment to provide a workplace free of inappropriate treatment of an Employee because of race, color, sex, sexual orientation, gender identity, transgender status, pregnancy, religion, age, national origin, citizenship status, disability, military status, genetic information, and any other category protected under federal, state, or local law. I understand that I must make known any violations using the Company reporting procedure. The Company has a no retaliation policy to protect individuals who report possible EEO violations.

11. I understand the Company has an Anti-Harassment Policy, including sexual harassment. No form of harassment will be tolerated, and any form of threatening, intimidating, harassing, or coercing behavior toward any employee or supervisor, or profane, abusive, vulgar or insulting remarks to or about another employee are unacceptable and may result in disciplinary action up to and including discharge consistent with these policies. I understand that I must make known any violations using the Company reporting procedure. I further understand that I am encouraged to contact management any time my working conditions become so unpleasant or intolerable that I believe my only alternative is to resign from my position. I understand that the Company wants to know about any complaints or concerns that I or others may have. These issues may be brought to the attention of my immediate supervisor, the Human Resources Director, or any other member of management.

12. The "Open Door Policy/Issue Resolution Procedure" is the Company's way to allow employees to have their complaints heard and investigated thoroughly and, to the greatest extent possible, confidentially, without fear or risk of retaliation. To reach this goal in bringing problems "out in the open" and to reach a fair solution as quickly as possible, I agree to: Discuss the problem with my immediate supervisor first. If the problem continues to exist or my supervisor is the cause of my concern, I will contact the next level supervisor to assist in bringing about a resolution. The Market Manager, Regional Director of Operations, or Human Resources Director or Manager may investigate the matter.

13. I understand that after following the Company's "Open Door Policy/Issue Resolution Procedures," if I believe I still have an unresolved work-related issue and such work-related issue is a covered claim under an applicable arbitration agreement, policy, and/or program, I will proceed in accordance with the applicable arbitration agreement, policy, and/or program and resolve the covered claim through binding arbitration. An agreement, policy, and/or program to arbitrate does not affect or limit an Associate's right to file an administrative charge with or to seek other relief from local, state or federal agencies such as the National Labor Relations Board or the Equal Employment Opportunity Commission.

14. I understand the Company will provide reasonable accommodations to qualified individuals with disabilities, unless doing so would pose an undue hardship. I understand the Company also will accommodate an employee's sincerely held religious beliefs of which it is aware when such religious beliefs conflict with the Company's policies, practices, or procedures, unless doing so would pose an undue hardship. If I need accommodation, I will contact Human Resources.

15. There may be instances when I am asked to assist in an investigation that is being conducted on behalf of the Company. As an employee, I agree I will fully cooperate and provide whatever facts I know regarding the investigation. This does not prohibit behavior, actions, or disclosures protected under the National Labor Relations Act or other applicable laws.

16. As a Company employee and a person who handles the store's cash and inventory, I am expected to be careful and accurate with both while on duty. If I do not follow cash handling and inventory policies and procedures I will be disciplined up to and including discharge.

17. Borrowing money from company funds, embezzlement, IOU's or personal checks with non-sufficient funds is cause for disciplinary action up to and including immediate discharge.

18. There may be times when I am asked to provide personal information about a current or former employee (e.g., home address, phone, or work schedule). I understand that such confidential information cannot be given by me. Instead I will tell the person asking for the information that he or she must contact Human Resources. This requirement is governed by the Company's Confidentiality Policy.

Likewise, if someone from the media calls or visits my area, I will tell him/her I cannot provide answers on behalf of the Company and I will obtain their information and provide to Market Manager. If I receive legal documents (such as from a government agency or court) at the store, I agree to contact my supervisor immediately or the Human Resources Department.

38

If there is a request from an outside agency, investigator, or any person for documents of any kind, you must notify your Market Manager and/or Regional Director of Operations immediately. This policy does not prevent disclosures or conduct protected by the National Labor Relations Act or prohibit me from reporting compliance concerns with governmental agencies or otherwise participating in governmental investigations or inquiries.

19. To project a positive image to our customers, I am expected to follow basic rules of good grooming and personal cleanliness. My personal clothing can be comfortable, but should be the type that shows I am a professional businessperson. I will be provided with a shirt and a nametag that I agree to wear at all times while on duty. Also, my appearance is improved 100% by smiling. Being courteous, friendly and attentive to our customers is an important part of my job. A positive attitude is essential.

20. I agree to follow the Company's established dress code.

21. So long as it is not inconsistent with local, state and federal law, I understand smoking, including the use of electronic cigarettes, is permitted in designated areas only.

22. Company policy prohibits employees from being at work under the influence of alcohol or unauthorized, prohibited, illegal or controlled substances, and from having certain detectable levels of such substances present in their system. I acknowledge that company policy also provides that employees may not consume, use, manufacture, dispense, possess, distribute, promote, provide, purchase, sell, transport, conceal, transfer or store such substances and/or substance-related paraphernalia. I understand and agree that the Company reserves the right to require that I submit to a drug/alcohol test upon request except where prohibited by law.

    22a. I acknowledge that I may be required to submit to a post-accident drug test should I be injured while performing job duties or if I contribute to a work-related accident or injury except where prohibited by law.

    22b. I acknowledge that failure to cooperate in the screening or testing process, as well as tampering with my urine and/or blood sample, may result in disciplinary action up to and including immediate discharge.

23. I acknowledge that gambling, including but not limited to, playing Lottery/Lotto or "scratch off" tickets while on duty or on Company property is strictly prohibited.

24. To keep our stores properly staffed and running smoothly, the Company expects me to arrive to work as scheduled and on time. It is my responsibility to contact my immediate supervisor on occasions when I expect to be late or absent. Poor attendance and chronic tardiness disrupt the efficiency of the store. I understand that regular attendance is an essential function of my job, and that failure to report to work on a timely basis may result in disciplinary action up to and including discharge.

    Except when on leave or other period of pre-approved absence, if I do not report to work or personally contact my immediate supervisor for more than 3 days (72hrs), I will be considered to have abandoned my employment with the Company.

25. All computer and telephone systems (e-mail, Internet, Voice-Mail, fax machines, computer files or other information storage systems, etc.) are the Company's property and are intended for the Company business use. I understand that I should not expect privacy or ownership with regard to any Company equipment/systems and that information on these systems may be monitored, recorded, and retrieved by authorized management, with or without my knowledge, consent or advance notification.

26. I agree not to solicit or sell items not related to the business of the Company while on the job. Further, I agree not to work for another company whose business competes with the interests of the Company unless I inform and receive prior approval from my supervisor.

27. The Federal Fair Labor Standards Act (FLSA) requires each hourly (non-exempt) employee to be paid for all hours he/she actually works. In addition, any non-exempt/hourly employees will be paid overtime for all hours worked in excess of forty (40) hours per week and as required by law. I must honestly and accurately record all time I worked and cannot record or change anyone else's time records. If I am a non-exempt/hourly employee and someone asks me to work and not record my time, I must not do so and must contact the Human Resources Department immediately.

28. Under certain circumstances, if I am convicted of a felony or misdemeanor during my employment with the Company, or in the event I failed to disclose an earlier conviction when hired, it may result in disciplinary action up to and including discharge. I agree that background verification can be updated at any time by the Company.

29. I may be eligible to take a Leave of Absence if certain situations arise. The Company complies with the Family and Medical Leave Act of 1993 (FMLA) and applicable state laws. There are documents that must be completed before a Leave of Absence will be granted.

Confidential          CircleK0000264

It is my responsibility to notify the Company of my need to take a Leave of Absence and ask the local Benefits Department for the necessary forms should a Leave of Absence become necessary. It is also my responsibility to return the completed documents in a timely manner. Contact the Benefits Department at hrsolve@circlek.com or 888-HRSOLVE or find information in Workday

30.  I understand falsification of Company records and documents I provide the Company is grounds for disciplinary action up to and including discharge.

31.  I agree to become familiar with the policies and procedures within this Guidebook and other policies as applicable. The Company considers policies and procedures important to the efficient operations of its business. In the event a violation occurs, or poor performance exists, I understand that I may receive performance coaching that describes the problem and ways to correct or improve the behavior and/or disciplinary action up to and including discharge.

32.  I have been notified that I am required by law to allow any animal (such as dogs) into our stores if the customer tells me the animal is a service animal consistent with the Americans With Disabilities Act Title III (28 C.F.R. Part 36). I understand that:
- The animal does not have to have any specific vest or harness to be considered a service animal.
- Once the customer tells me the animal is a service animal (even if the animal appears to be a pet), I must allow the animal access.
- State health laws do not affect the customer's right to bring in his/her service animal.
- I cannot ask the customer what his/her disability is that requires the use of the service animal.
- The customer and his/her service animal may go into any area that the general public has access.
- If I have any questions regarding the service animal and/or the customer's conduct, I am to contact my immediate supervisor, Market Manager or Regional Director of Operations.
- Failure to allow service animals access in our store may result in disciplinary action up to and including discharge.

33.  I hereby confirm having been informed of and received the Code of Conduct and Ethics via Workday during my onboarding that applies to all Couche-Tard/Mac's/Circle K employees which is posted on the store's communication board located in the backroom of the premises.

34.  Merchandise purchased from a vendor must be charged on a charge ticket and not purchased for cash unless otherwise authorized. No free merchandise is to be requested or received from salespeople. No exchange of merchandise or bottles for saleable merchandise with vendors is permitted. A credit slip for returned merchandise must be received.

35.  Employees may not deviate from the established retail prices and/or may not purchase directly from vendors for themselves or customers.

36.  It is expected that the store will remain clean, stocked, and well faced at all times. In the absence of your store's manager, a list will be left for review by the employees and any assignment not completed must include a written explanation.

37.  Where required by law, employees handling food must notify their immediate supervisor whenever diagnosed by a healthcare provider as being ill with any disease that can be transmitted through food or person-to-person by casual contact. For a detailed copy of this policy, please contact your Store Manager or Human Resources

38.  I understand the Anti-Money Laundering Laws and that Circle K has a mandatory maximum of $2,500 per day per customer for money order purchases and $1,000 per day per customer for gift card purchases. All money orders must be purchased in person and with cash.

39.  I understand a Robbery may occur at any time and accept that risk. I understand I should stay calm and listen to the robber's instructions and will not fight, confront, pursue or chase the robber placing myself, other employees, or any customers in harm's way.

40.  I understand that all purchases must be paid for prior to consumption and 2 receipts must be attached to: 1 to the product and 1 to the completed Consumption Log. I am aware that giving unauthorized discounts, not fully charging for products, allowing products to be removed from the store without paying or taking money from a customer or employee without ringing it into the register is considered a direct violation of company policy and will result in disciplinary action up to and including discharge.

41.  I understand that no transactions of any type may be made over the phone even if I am given a Manager's, Market Manager's, or Director's name, including identifying themselves as Circle K's IT Department or any employee of Circle K, or told I will be charged a fine for not completing. The customer must be present in the store at the time of all transactions.

40

                                                                                                    CircleK0000265

42. Circle K employees are prohibited from accepting tips, monetary or otherwise, from customers or using/accepting customer rewards. Employees may not accept any form of tip from a customer including but not limited to the following:
- Money
- Merchandise paid for by the customer
- Lottery tickets

If a customer offers an employee a tip, monetary or otherwise, the employee should tell the customer that they are not permitted to accept tips because our goal is to provide excellent service to all customers.

43. It is Circle K's policy to treat all guests with respect. A courteous smile and a pleasant attitude should be displayed to all guests and they should be served promptly and efficiently. Provide our guests with Circle K's GUEST Commitment. Unacceptable guest service will result in coaching and disciplinary action up to and including discharge.

44. I understand that I may not have or obtain a rewards card that is not registered in my name and that at no time can I harvest points or gain rewards from a customer's purchase. I also understand that I may only use my rewards card or tag during a legitimate sale made by and paid for by me. I am aware that violation of this policy/procedure may result in disciplinary action up to and including termination.

45. I understand that the above listed expectations are examples of conduct I agree to follow, and certain other behavior, inconsistent with these general guidelines, may result in disciplinary action up to and including discharge.

[End]

41

CircleK0000266