# EXHIBIT 2 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**5-Minute Rule**

*Mary Ann Moreno v. Circle K Stores, Inc.*
**Case No. 1:22-cv-02327-NYW-STV**

# Circle K Rocky Mountain Division
## 5-MINUTE RULE PROCEDURE

*All injuries, no matter how small, must be reported immediately to the Store Manager. In the event of a serious injury, robbery, fire, etc., call 9-1-1 and then the Store Manager.*

### WHAT IS THE 5-MINUTE RULE?
The 5-MINUTE RULE is the recommended notification procedure for employees to report all emergency, safety and/or security incidents which occur at the store within 5–minutes of the situation. This procedure should be followed and adhered to by all employees.

### Store Employees Should:
- Call and speak directly with the Store Manager to report all emergency, safety and/or security incidents within 5-MINUTES of the incident.
- If the call is automatically transferred to voicemail, you should leave a message and are advised to call back within 5-minutes to inform the Store Manager about the incident.
- In the event that you cannot reach a Store Manager, you should contact the Market Manager informing them of the specifics of the incident.
- If you are unable to contact the Market Manager within the recommended 5-minute timeframe, you should continue calling the next level of management listed below until a member of management has been notified.
  1. Store Manager
  2. Market Manager
  3. Backup Market Manager
  4. Regional Operations Director
  5. Division Vice President

Leaving a text or voice message is not a substitution for speaking directly with the appropriate member of management.

### Store Managers Should:
- Follow the same logic described above and report the incident within 5-minutes to the Market Manager.
- In the event that you cannot reach the Market Manager you should contact the Regional Director of Operations informing them of the specifics of the incident.

### IT IS IMPERATIVE THAT CONTACT IS MADE TO THE APPROPRIATE LEVEL OF MANAGEMENT WITHIN 5-MINUTES OF AN INCIDENT OCCURRING

### EXAMPLES OF INCIDENTS (but not limited to) THAT SHOULD BE REPORTED UNDER THE 5-MINUTE RULE:

- Critical Injury
- Robbery and/or Assault
- Natural Disaster – Fire, Tornado, Hurricane, etc.
- Any Employee requiring medical treatment and/or transport
- Any Customer requiring medical treatment and/or transport
- Car Accident in the parking lot
- Gas spill more than 5 gallons
- State, City, or County inspection
- Property Damage to our Facility
- Loss of Power/Water
- Media on the premise
- Interruption in business
- Fuel spill flows into drain/soil/water
- Liquor/Cigarette Sting
- ANYTIME the Police and/or Fire Dept. are contacted for assistance



EXHIBIT 2
WIT: Moreno
DATE: 4-12-23
Carin Geist, RDR, CRR, CRC



Confidential                                                                                              CircleK0000168

Confidential

CircleK0000169