# EXHIBIT 3 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Confront & Chase Policy**

*Mary Ann Moreno v. Circle K Stores, Inc.*
**Case No. 1:22-cv-02327-NYW-STV**

# CONFRONT & CHASE POLICY

**We want you to always have a safe and enjoyable working experience with Circle K and especially during any special events and holiday weekends.**

**So please remember the**
**"Don't Chase or Confront Policy"**

**Do not confront follow, pursue, track, chase, fight or follow [inside and/or outside] any person[s] suspected of shoplifting products and/or cash from the site, beer runs or any other confrontational situation.**

If you observe theft at the site, wait until the person(s) leave the site and call the police immediately. Remember to try to obtain as much information about the person(s) as possible while maintaining a safe position behind the sales counter. Do not go outside after the person(s), if there is any reason you need to go outside for you are to wait at least 5 minutes and have called the police department and verbally spoke to the Store Manager or Market Manager.

At no time do you come from behind the counter, go to or out the doors to attempt to get additional information. If you can safely obtain information from where you are standing that will be sufficient. Stay where you are or go to a safer area in the back of the store. Do not approach the front doors or go out them. Call 9-1-1 immediately.

At no time do you stop, question or accuse a person(s) of theft.

At no time do you get into a verbal altercation with any customer and/or person(s) you suspect of theft. At no time are you to go outside after dark! Sun down to sun up!

**_This policy is for your protection and for the safety of everyone!_**

If you have any questions or issues, please refer to the 5-Minute Rule of communication or your MM. **Never talk to the media** or answer any questions on the immediate situation or any others.

**FAILURE TO FOLLOW THE "DON'T CHASE or CONFRONT POLICY" WILL RESULT IN IMMEDIATE TERMINATION**





EXHIBIT 3
WIT: Moreno
DATE: 4-12-23
Carin Geist, RDR, CRR, CRC

Confidential

CircleK0000267