# EXHIBIT 4 TO
# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# VIDEO-SURVEILLANCE FOOTAGE FROM OCTOBER 4, 2020
# (Register 1)

*Mary Ann Moreno v. Circle K Stores, Inc.*
**Case No. 1:22-cv-02327-NYW-STV**