# EXHIBIT 8 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Rule 30(b)(6) Deposition Excerpts**

*Mary Ann Moreno v. Circle K Stores, Inc.*
**Case No. 1:22-cv-02327-NYW-STV**

```
                                                       Page 1
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02327-NYW-STV
_____
DEPOSITION OF SUSIE FERNANDEZ as        June 20, 2023
30(b)(6) Representative of
CIRCLE K STORES, INC.
_____

MARY ANN MORENO,

            Plaintiff,

vs.

CIRCLE K STORES, INC.,

            Defendant.

_____

       The deposition of SUSIE FERNANDEZ, taken
before Leeann Stellor, a Registered Merit Reporter,
Certified Realtime Reporter, and a Notary Public in
and for the County of Summit and the State of
Colorado, at 2701 Lawrence Street, Suite 100,
Denver, Colorado, on Tuesday, June 20, 2023, at the
hour of 10:03 a.m.
```



```
                                                           Page 12
 1    made the decision to terminate Mary Ann Moreno.
 2         Q.    And just to clarify.  What is Mr. Holmes'
 3    title?
 4         A.    He's a regional operations director.
 5         Q.    And what --
 6         A.    Or regional director of operations.
 7         Q.    What is his position in relation to
 8    Mr. Aamoud?
 9         A.    That's his -- at that time that was his
10    direct supervisor.
11         Q.    Mr. Holmes was Mr. Aamoud's supervisor?
12         A.    Yes.
13         Q.    In preparation for topic 1, did you talk
14    to anyone besides Mr. Aamoud and Mr. Holmes?
15         A.    I did not.
16         Q.    Did you speak with Amy Harvey?
17         A.    I did not.
18         Q.    On behalf of Circle K, can you tell me
19    who made the decision to terminate Ms. Moreno?
20         A.    It was a collaboration of Amy Harvey,
21    Craig Holmes, and Driss Aamoud.  Driss, of course,
22    reporting it, and them reviewing it, and them making
23    that decision.
24         Q.    Okay.  And what was the role of each of
25    these persons?
```



MAGNA
LEGAL SERVICES

```
                                                         Page 20
 1   victims' rights statutes."
 2                    And I have a document here that's
 3   been previously marked as Exhibit 3.  Do you
 4   recognize this document?
 5        A.   Yes, ma'am.
 6        Q.   And what is it?
 7        A.   It's our Confront and Chase Policy.
 8        Q.   Okay.  And what did you do to prepare for
 9   topic 2, as the designee of Circle K?
10        A.   I asked some of the questions of -- to
11   try to find out through our legal team and through
12   our global team, Mark Novak, if we can find out when
13   the policy was developed.
14        Q.   Okay.
15        A.   Circle K is a company of acquisitions, so
16   lots of different people.
17        Q.   Okay.  Did you speak to anyone besides
18   Mark Novak in looking for answers to these
19   questions?
20        A.   No.  I did see a chain of e-mails where
21   he had other people on copy, but no.
22        Q.   Okay.  So all of the information you have
23   came from Mark Novak for topic 2; is that correct?
24        A.   Yes.
25        Q.   And remind me, what is his role?
```



```
                                                              Page 21
  1        A.    He's an SVP.
  2        Q.    Oh, right, a senior vice president of
  3   human resources?
  4        A.    Yes.
  5        Q.    Okay.  Did you review any documents in
  6   preparation for this topic?
  7        A.    I reviewed the policy.
  8        Q.    Is this the policy that was in place in
  9   2020?
 10        A.    Yes, ma'am.
 11        Q.    Okay.  When was the Don't Chase and
 12   Confront Policy developed?
 13        A.    You know, Circle K's had many
 14   acquisitions.  We know that it's been in place for
 15   at least 20 years.
 16        Q.    Okay.
 17        A.    But -- so we don't have an exact.  You
 18   know, it's kind of a standard in our -- in our
 19   business, and so we don't know exactly when it was.
 20   But it has been in place at Circle K for at least
 21   20 years.
 22        Q.    Okay.  And I'm hearing you say that there
 23   were a number of acquisitions.  So does that mean
 24   the policy may have come from a subsidiary that got
 25   acquired, or what do you mean by that?
```



Page 22

```
 1        A.    I think -- I've been a part of six
 2   acquisitions, and we've all had very -- we've all
 3   had this policy.
 4        Q.    Okay.  But so as a designee of Circle K,
 5   all you know is that it's been in place for at least
 6   20 years?
 7        A.    At least 20 years, and through various
 8   leaderships.
 9        Q.    Okay.  On behalf of Circle K, could you
10   please tell us why the Don't Chase and Confront
11   Policy was developed?
12        A.    Really for the safety of our employees
13   and our customers.  We want people to be cooperative
14   and be safe.
15        Q.    And how does this policy promote that?
16        A.    To be non-resistant.  Somebody, you know,
17   threatens -- you know, robs you, just be
18   cooperative.
19        Q.    Okay.  And is it Circle K's position that
20   being cooperative -- what is Circle K's position
21   about how being cooperative improves safety?
22              MR. CARROLL:  I object that this is
23   outside the scope of the noticed topics.
24              But please answer, if you can.
25        A.    Cooperating to get them out of the store
```



```
                                                              Page 99
 1              MR. CARROLL:  Object to the form of
 2    the question.
 3         A.   Yes.
 4         Q.   We can move on now to topic 8.  We'll get
 5    into that issue about her time with Circle K versus
 6    other entities.
 7              So topic 8 is, "Ms. Moreno's
 8    continuous service date of October 29th, 2004,
 9    including what continuous service date means."
10              So what is Ms. Moreno's continuous
11    service date with Circle K?
12         A.   October 29, 2004.
13         Q.   So what does that mean?
14         A.   When Circle K bought the previous company
15    that her and I both worked for, they honored our
16    original hire date.  So like for benefits, you get a
17    certain amount of vacation for a certain amount of
18    years you worked.  So instead of losing that, they
19    honor that.
20         Q.   Okay.  So does that mean that the
21    original hire date reflected -- well, let me back
22    up.
23              What was the company that Circle K
24    acquired?
25         A.   CST Brands.
```



```
                                                        Page 100
 1         Q.    So does that mean that her hire date
 2   reflected in CST systems reflected a hire date of
 3   October 29th, 2004?
 4         A.    Yes.
 5         Q.    Okay.  So did she have to apply for her
 6   job again?
 7         A.    No.
 8         Q.    Was there any sort of changes that
 9   impacted her daily life as a CSR, besides maybe some
10   branding changes?
11               MR. CARROLL:  I'm going to object
12   that that's outside the scope of the noticed topics.
13               But please answer, if you can.
14         A.    When Circle K bought CST, we kind of ran
15   the business as it was.
16         Q.    Okay.
17         A.    For a time.  And then we changed medical
18   providers, so I guess that could be a change.
19         Q.    Okay.  So when Circle K bought the stores
20   Ms. Moreno was working in, did she just come on to
21   the Circle K system as a standing employee?
22         A.    Yes.
23         Q.    And so this continuous service date, does
24   that mean, for instance, her pay and all of her
25   seniority and all of that continued, despite the
```

