# EXHIBIT 14 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## View Terminate Employee Event

*Mary Ann Moreno v. Circle K Stores, Inc.*
Case No. 1:22-cv-02327-NYW-STV

 

View Terminate Employee Event: Terminate: Mary Moreno (Terminated) (2066904)

02:27 PM
09/12/2022
Page 1 of 2

Terminate: Mary Moreno (Terminated) (2066904)
For: Mary Moreno (Terminated) (2066904)
Overall Process: Terminate: Mary Moreno (Terminated) (2066904)
Overall Status: Successfully Completed

# Event Details
## Reason
Primary Reason
USA Involuntary > Violation of Company Policy
Secondary Reasons

## Details
Termination Date
10/05/2020
Last Day of Work
10/04/2020
Pay Through Date
10/05/2020

## Eligibility
Eligible for Rehire
No

# Process
Process History

| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Termination | Termination | Step Completed | 10/08/2020 11:52:42 AM | | Love Jorgensen (157161) | 1 | |
| Termination | Review Employee Termination | Not Required | | | | 0 | |
| Termination | Review Employee Termination | Approved | 10/08/2020 07:26:04 PM | | Driss Aamoud (2031088) | 1 | Driss Aamoud: Employee was engaging and pulling a burglar from his back, putting her safety at risk. it is a violation of a company policy. |
| Termination | Approval by HR Partner (Intersection) | Not Required | | | | 0 | |
| Termination | Approval by HR Partner (Store) | Not Required | | | | 0 | |
| Termination | Approval by HR Partner (Store) | Not Required | | | | 0 | |
| Termination | Assign Roles to Worker | Not Required | | | | 0 | |



EXHIBIT 14

Confidential

CircleK0000158


| Process | Step | Status | Completed On | Due Date | Person (Up to 5) | All Persons | Comment |
|---|---|---|---|---|---|---|---|
| Termination | Review Documents | Not Required | | | | 0 | |
| Termination | Remove Worker from Talent | Completed | 10/08/2020 07:26:04 PM | 10/09/2020 | Driss Aamoud (2031088) | 1 | |
| Termination | Integration: INT031-HCM-Okta-RTS-Cloud Connect-Outbound | Not Required | | | | 0 | |
| Termination | To Do: Review Future Dated OTP | Not Required | | | | 0 | |
| Termination | Request One-Time Payment | Not Required | | | | 0 | |
| Termination | Review Termination Information | Not Required | | | | 0 | |
| Termination | Service: Remove User-Based Security Groups | Step Completed | 10/08/2020 07:26:04 PM | | Workday Service | 1 | |
| Termination | Service: Adjust Time Off Balances | Step Completed | 10/08/2020 07:26:04 PM | | Workday Service | 1 | |
| Termination | Integration: INT072-HCM-Ivanti-HEAT-Terminations-Studio-Outbound | Not Required | | | | 0 | |
| Change Benefits for Life Event | Change Benefits for Life Event | Automatic Complete | 10/08/2020 07:26:04 PM | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Review Documents | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Review Documents | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Review Documents | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Review Documents | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Review Documents | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Review Documents | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Approval by Benefits Partner (Local) | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Approval by Benefits Service Center | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | To Do: Change My Contact Information | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | To Do: Life Insurance Claim Form | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | Review COBRA Eligibility | Not Required | | 10/08/2020 | | 0 | |
| Change Benefits for Life Event | To Do: Change My Federal Tax Elections | Not Required | | 10/08/2020 | | 0 | |
| Termination | To Do: Review Future Dated OTP | Not Required | | | | 0 | |
| Termination | Review Documents | Not Required | | | | 0 | |
| Termination | Complete Questionnaire | Not Required | | | | 0 | |
| Termination | Integration: INT080-Mass Cancel BP for Terminated Workers | Completed | 10/08/2020 07:27:26 PM | | INT080-Mass Cancel BP for Terminated Workers | 1 | |
| Termination | Manage Business Processes for Worker | Submitted | 10/12/2020 08:01:35 AM | 10/08/2020 | Love Jorgensen (157161) | 1 | |

Confidential

CircleK0000159