IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02327-NYW-STV

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXCESS PAGES FOR HER RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 64]**

---

    According to this Court's Civil Practice Standard 10.1(c)(5), Plaintiff Mary Ann Moreno respectfully requests an additional five pages for her forthcoming response to Circle K's Motion for Summary Judgment [ECF No. 64], from a 20-page limit to a 25-page limit. In support of this motion, Ms. Moreno states as follows.

1. Undersigned counsel certifies that she conferred with counsel for Defendant regarding the relief requested in this motion. Defendant does not oppose the motion.

2. Under the Court's Civil Standards, summary-judgment motions and responses are limited to 20 pages. Civ. Practice Standard 10.1(c)(2).

3. Good cause exists to exceed the page limitations in this instance.

4. On August 7, 2023, Defendant filed a 25-page motion for summary judgment with leave of the Court. *See* ECF Nos. 63-64.

5. Defendant moved for summary judgment on each of Ms. Moreno's claims, in addition to her claim for exemplary damages. *See generally* ECF No. 64.

6. Plaintiff has made diligent efforts to meet the Court's page limit but has concluded that extra pages are needed to fully address each of Defendants' arguments.

WHEREFORE, Ms. Moreno respectfully requests that the Court expand the page limit from 20 pages to 25 pages for her forthcoming response to Circle K's Motion for Summary Judgment.

Respectfully submitted this 24th day of August, 2023.

*s/ Virginia Hill Butler*
Virginia Hill Butler
Iris Halpern
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
Telephone: (303) 578-4400
Fax: (303) 578-4401
Email: ih@rmlawyers.com
           vb@rmlawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2023, I electronically filed and served the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXCESS PAGES FOR HER RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** using the CM/ECF system, which will send notification of such filing to the following:

Thomas W. Carroll
Nicholas Hankins
LITLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.6200
Email: tcarroll@littler.com
　　　　nhankins@littler.com

*Attorneys for Defendant Circle K Stores, Inc.*

　　　　　　　　　　　　　　　　　　　　　　　s/ *Virginia Hill Butler*
　　　　　　　　　　　　　　　　　　　　　　　Virginia Hill Butler