IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02327-NYW-STV

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXCESS PAGES FOR HER REPLY IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

According to this Court's Civil Practice Standard 10.1(c)(5), Plaintiff Mary Ann Moreno respectfully requests an additional two pages for her forthcoming reply in support of Plaintiff's Motion for Partial Summary Judgment [ECF No. 65], from a 10-page limit to a 12-page limit. In support of this motion, Ms. Moreno states as follows.

1. Undersigned counsel certifies that she conferred with counsel for Defendant regarding the relief requested in this motion. Defendant does not oppose the motion.

2. Plaintiff filed her motion for summary judgment on August 7, 2023. *See* ECF No. 65. Defendant responded on August 25, 2023. *See* ECF No. 70. Plaintiff's reply is due September 8, 2023.

3. Under the Court's Civil Standards, summary judgment replies are limited to 10 pages. Civ. Practice Standard 10.1(c)(2).

4. Good cause exists to exceed the page limitations in this instance.

5. Ms. Moreno moved the Court to dismiss Defendant's affirmative defense of failure to mitigate, focusing on Ms. Moreno's economic damages. *See generally* ECF No. 65. In response, Defendant addressed Plaintiff's argument regarding economic damages. *See generally* ECF No. 70. However, Defendant also argued that the Court should not dismiss its affirmative defense of failure to mitigate with respect to Ms. Moreno's emotional distress damages. *Id.*

6. Defendant's briefing regarding emotional distress in its response necessitates additional briefing in Ms. Moreno's reply beyond what is required to reply regarding Ms. Moreno's economic damages.

7. Plaintiff has made diligent efforts to meet the Court's page limit but has concluded that two extra pages are needed to fully address each of Defendant's arguments.

WHEREFORE, Ms. Moreno respectfully requests that the Court expand the page limit from 10 pages to 12 pages for her forthcoming reply in support of her motion for partial summary judgment.

Respectfully submitted this 8th day of September 2023.

                *s/ Virginia Hill Butler*
                Virginia Hill Butler
                Iris Halpern
                RATHOD | MOHAMEDBHAI LLC
                2701 Lawrence Street, Suite 100
                Denver, CO  80205
                Telephone: (303) 578-4400
                Fax: (303) 578-4401
                Email: ih@rmlawyers.com
                    vb@rmlawyers.com

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2023, I electronically filed and served the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXCESS PAGES FOR HER REPLY IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT** using the CM/ECF system, which will send notification of such filing to the following:

Thomas W. Carroll
Nicholas Hankins
LITLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.6200
Email: tcarroll@littler.com
　　　　nhankins@littler.com

*Attorneys for Defendant Circle K Stores, Inc.*

　　　　　　　　　　　　　　　　　　　　s/ *Virginia Hill Butler*
　　　　　　　　　　　　　　　　　　　　Virginia Hill Butler