# Exhibit 2
# Wand Notes
# (Placeholder)