IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02327-NYW- STV

MARY ANN MORENO,

    Plaintiff,

v.

CIRCLE K STORES, INC.,

    Defendant.

---

**UNOPPOSED MOTION FOR LEVEL 1 RESTRICTED ACCESS TO ECF NO. 78**

---

    Pursuant to D.C.COLO.LCivR 7.2, Plaintiff files this Unopposed Motion for Level 1 Restricted Access to ECF No. 78. Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Plaintiff conferred with counsel for Defendant regarding this Motion and Defendant does not oppose this motion.

    D.C.COLO.LCivR 7.2(c) allows a party to file a motion to restrict public access to documents filed with the Court. The motion must: (1) identify the document to be restricted; (2) state the interest to be protected and explain why that interest outweighs the presumption of public access; (3) identify a clearly defined and serious injury that will result without restriction; (4) explain why no alternative to restricted access is available or why only restricted access will adequately protect the relevant interest; and (5) state the level of restriction for the document. D.C.COLO.LCivR 7.2(c)(1)-(5).

    Plaintiff requests Level 1 Restriction of ECF No. 78, which is notes from her therapist. Ms. Moreno began seeing a therapist after she suffered the October 4, 2020 attack from Tyler Wimmer. Her therapist made notes pertaining to the visits. Ms. Moreno cited the notes in

Plaintiff's Reply in Support of Her Motion for Partial Summary Judgment, ECF No. 77, for the proposition that Ms. Moreno discussed the negative effects of both the robbery and getting fired with her therapist. *See id.* at 4. These notes implicate Ms. Moreno's privacy interest in her medical care and mental health records. *See Jaffee v. Redmon*, 518 U.S. 1 (1996) (recognizing psychotherapist-patient privilege); Health Insurance Portability and Accountability Act (HIPAA), 110 Stat. 1936, 104 P.L. 191, § 1177 (1996). Restricted access is necessary to protect Ms. Moreno's privacy interest in her mental health treatment.

Plaintiff therefore respectfully requests that the Court restrict ECF No. 78 at Level 1.

Respectfully Submitted: September 19, 2023

                                                     RATHOD | MOHAMEDBHAI LLC

                                                    *s/ Virginia Hill Butler*
                                                    Virginia Hill Butler
                                                    Iris Halpern
                                                    2701 Lawrence Street, Suite 100
                                                    Denver, CO 80205
                                                    T: (303) 578-4400
                                                    E: vb@rmlawyers.com
                                                           ih@rmlawyers.com

                                                    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September 2023, I electronically filed and served the foregoing **UNOPPOSED MOTION FOR LEVEL 1 RESTRICTED ACCESS TO ECF NO. 78** using the CM/ECF system, which will send notification of such filing to the following:

Thomas W. Carroll
Nicholas Hankins
LITLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.6200
Email: tcarroll@littler.com
　　　　nhankins@littler.com

*Attorneys for Defendant Circle K Stores, Inc.*

　　　　　　　　　　　　　　　　　　　　　　　s/ Carlos Hernández Tovar
　　　　　　　　　　　　　　　　　　　　　　　Carlos Hernández Tovar